**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Quanergy Systems, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **CITIC Capital Acquisition Corporation** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0535845** |

| | | | | |
|---|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** **433 Lakeside Drive** **Sunnyvale, CA 94085** Number, Street, City, State & ZIP Code **Santa Clara** County | | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://quanergy.com** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Quanergy Systems, Inc.** Case number (*if known*)
Name

### 7. Describe debtor's business

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**5415**

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

### 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

### 11. Why is the case filed in *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Quanergy Systems, Inc.**　　　　　　　　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　Name

**12.**

**Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.　Insurance agency _____
　　　　Contact name _____
　　　　Phone _____

### Statistical and administrative information

**13.  Debtor's estimation of available funds**　.　*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49　　　　　　☒ 1,000-5,000　　　　　　☐ 25,001-50,000
☐ 50-99　　　　　　☐ 5001-10,000　　　　　　☐ 50,001-100,000
☐ 100-199　　　　　☐ 10,001-25,000　　　　　☐ More than 100,000
☐ 200-999

**15.  Estimated Assets**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☒ $10,000,001 - $50 million　　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　 ☐ $100,000,001 - $500 million　　 ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000　　　　　　　☐ $1,000,001 - $10 million　　　　☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000　　　　☒ $10,000,001 - $50 million　　　 ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000　　　 ☐ $50,000,001 - $100 million　　　☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million　　 ☐ $100,000,001 - $500 million　　 ☐ More than $50 billion

| | | |
|---|---|---|
| Debtor | **Quanergy Systems, Inc.** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **12/13/2022**

X _____    **Larry Perkins**
Signature of authorized representative of debtor    Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X  **/s/ Sean M. Beach**    Date  **12/13/2022**
Signature of attorney for debtor    MM / DD / YYYY

**Sean M. Beach**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone  **(302) 571-6600**    Email address  **sbeach@ycst.com**

**4070 DE**
Bar number and State

## SECRETARY CERTIFICATE

The undersigned, being the Secretary of Quanergy Systems Inc., a Delaware corporation (the "**Company**"), hereby certifies as follows:

1. I am the duly qualified and elected Secretary of Company and, as such, am familiar with the facts herein certified and am duly authorized to certify the same on behalf of the Company.

2. Attached hereto is a true and complete copy of the Resolutions of the Executive and Transactions Committee (the "**Committee**") of the Board of Directors of the Company duly adopted at a properly convened meeting of the Committee on December 11, 2022, in accordance with the Delaware General Corporation Law, the Certificate of Incorporation of the Company, and the Bylaws of the Company.

3. Such resolutions have not been amended, altered, annulled, rescinded, or revoked, and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Committee relating to the matters set forth in the resolution attached hereto.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 11th day of December, 2022.

_____
Name: Jerry Allison
Title:  Secretary

29951522.1

# RESOLUTIONS

# OF

# THE EXECUTIVE AND TRANSACTIONS COMMITTEE OF THE

# THE BOARD OF DIRECTORS OF

# QUANERGY SYSTEMS, INC.

December 11, 2022

**WHEREAS,** on December 7, 2022, the board of directors (the "**Board**") of Quanergy Systems, Inc., a Delaware corporation (the "**Company**"), at a duly convened meeting thereof, established the Executive and Transactions Committee (the "**Committee**") and appointed five (5) members of the Board to serve as members of the Committee, and granted the Committee the full scope and authority as set forth in Article 4, Section 4.1 of the Bylaws and to the fullest extent permitted by Section 141(c)(2) of the General Corporation Law of the State of Delaware;

**WHEREAS,** the Committee has reviewed and considered the financial and operational condition of the Company, and the Company's business on the date hereof, including the assets of the Company, and current and long-term liabilities of the Company, and the recommendations of the Company's legal and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding for the Company under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**");

**WHEREAS**, on December 11, 2022, a meeting of the Committee was held to discuss commencing such bankruptcy proceeding; and

**WHEREAS,** a majority of the Committee has determined that it is in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case under the provisions of chapter 11 of the Bankruptcy Code, and the Committee has consented to the filing of a voluntary petition under the provisions of chapter 11 and the Bankruptcy Code;

**Commencement and Prosecution of Bankruptcy Case**

**RESOLVED**, that, in the judgment of the Committee, it is desirable and in the best interests of the Company, the creditors of the Company, and other stakeholders and interested parties of the Company, that a voluntary petition (the "**Petition**") be filed by the Company with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") under the provisions of chapter 11 of the Bankruptcy Code; and it is further

**RESOLVED**, that the form, terms and provisions of, the execution, delivery and filing of, and the performance of the transactions and obligations contemplated by the Petition be, and they hereby are, authorized, approved and adopted in all respects and that each person listed on Schedule 1 attached hereto (each, an "**Authorized Person**") be, and each of them, acting alone or

in any combination hereby is, authorized, directed, and empowered on behalf of and in the name of the Company (i) to execute and verify the Petition and all documents ancillary thereto, and to cause such Petition to be filed with the Bankruptcy Court commencing a chapter 11 case (the "**Bankruptcy Case**"), and to make or cause to be made prior to the execution thereof any modifications to such Petition or ancillary documents, and (ii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents necessary, appropriate, or desirable in connection with the foregoing, with such changes, additions, and modifications thereto as an Authorized Person executing the same shall approve, such approval to be conclusively evidenced by an Authorized Person's execution and delivery thereof; and it is further;

**Retention of Professionals**

**RESOLVED**, that the law firms of Cooley LLP ("**Cooley**") and Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**"), shall be, and hereby are, authorized, empowered, and directed to represent the Company, as a debtor and debtor-in-possession, in connection with the Bankruptcy Case on the terms set forth in their respective engagement letters with the Company, which are hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including to (a) execute, acknowledge, deliver, and verify the Petition and all other ancillary documents, and to cause the Petition to be filed with the Bankruptcy Court and make or cause to be made, prior to execution thereof, any modifications to the Petition or any ancillary document as an Authorized Person deems necessary, desirable, or appropriate to carry out the intent and accomplish the purpose of these resolutions, (b) execute, acknowledge, deliver, verify, and file or cause to be filed all petitions, schedules, statements, lists, motions, applications and other papers or documents necessary or proper in connection with the foregoing, and (c) execute, acknowledge, deliver, and verify any and all other documents necessary or proper in connection therewith and to administer the Bankruptcy Case in form or forms as any Authorized Person may deem necessary or proper in order to effectuate the purpose of the intent of the foregoing resolution; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Cooley and Young Conaway, respectively, in the Bankruptcy Case; and it is further

**RESOLVED**, that Bankruptcy Management Solutions, Inc. (d/b/a Stretto) ("**Stretto**"), be and hereby is, authorized and empowered to represent and assist the Company as claims, noticing, and solicitation agent and to represent and assist the Company in connection with the restructuring of the Company's assets and in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with powers of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Stretto in the Bankruptcy Case; and it is further

**RESOLVED**, that Sierra Constellation Partners ("**SCP**") be and hereby is, authorized to provide a chief restructuring officer ("**CRO**") of the Company, and that Lawrence Perkins ("**Mr. Perkins**") is hereby designated to serve as CRO and President of the Company, and each of SCP and the CRO is authorized to take any and all actions to advance the Company's rights and

obligations; and in connection therewith, each of the Authorized Persons, with powers of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay retainers, and to cause to be filed an appropriate application for authority to retain the services of SCP and to designate Mr. Perkins to serve as CRO and President of the Company; and it is further

**RESOLVED**, that FTI Consulting, Inc. ("**FTI**") be and hereby is, authorized and empowered to represent and assist the Company as consultant and financial advisor and to represent and assist the Company in connection with the restructuring of the Company's assets and liabilities and in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with powers of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of FTI in the Bankruptcy Case; and it is further

**RESOLVED**, that Raymond James Financial, Inc. ("**Raymond James**") be and hereby is, authorized and empowered to represent and assist the Company as investment banker and to represent and assist the Company in connection with any sale or restructuring of the Company's assets and liabilities and in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with powers of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Raymond James in the Bankruptcy Case; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, authorized and directed to employ any other professionals to assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Persons, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary; and it is further

**RESOLVED**, that each Authorized Person be, and hereby is, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Persons deems necessary, proper or desirable in connection with the Bankruptcy Case, with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that each of the aforementioned retained advisors of the Company is hereby authorized, as requested by the Authorized Persons, to take any and all actions necessary or desirable to advance the Company's rights and obligations and facilitate the commencement of the Bankruptcy Case; and it is further

**General**

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed, empowered, on behalf of and in the name of the Company, to perform the obligations of such Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices, and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person shall be conclusive evidence of the approval thereof by such Authorized Person and by the Company; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination is, hereby authorized, directed, and empowered, in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform under such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions as in the judgment of such Authorized Person, shall be necessary, proper, and desirable to prosecute a successful completion of the Company's Bankruptcy Case, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of which the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of these resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Quanergy Systems, Inc. |
| United States Bankruptcy Court for the: | District of Delaware (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Credit Suisse Securities (USA) LLC**<br>7033 Louis Stephens Dr<br>Raleigh, NC 27560 | P: 919-994-2998 | Professional services | C/U/D | | | $7,660,000.00 |
| 2 | **Global Emerging Markets Group**<br>9 West 57th Street<br>49th Floor<br>New York, NY 10019 | P: 212-582-3400<br>mlhom@gemny.com | GEM Facility fee | C/U/D | | | $2,267,430.00 |
| 3 | **Velodyne LiDAR USA Inc.**<br>5521 Hellyer Ave<br>San Jose, CA 95138 | Office of the General Counsel<br>P: 669-275-2251<br>lidar@velodyne.com | Legal settlement | C/U/D | | | $2,250,000.00 |
| 4 | **White & Case LLP**<br>1221 Avenue of Americas<br>New York, NY 10020-1095 | Attn: Elena Millerman<br>P: 212-819-8200<br>elenamaria.millerman@whitecase.com | Professional services | C/U/D | | | $2,083,013.00 |
| 5 | **Sanmina Corporation**<br>2700 North First Street<br>San Jose, CA 95134 | Attn: Jure Sola<br>P: 408-964-3500 | Trade payable | C/U/D | | | $1,939,655.46 |
| 6 | **CITIC Capital Acquisition Corp**<br>Genesis Beijing No.8<br>9/F East Tower Xinyuan South Road<br>Beijing, 100027 China | P: 86 10 5802 3889 | Transaction expenses | | | | $1,070,433.70 |
| 7 | **Sierra Circuits**<br>1108 West Evelyn Avenue<br>Sunnyvale, CA 94086 | Attn: Ken Bahl<br>P: 408-735-7137 | Trade Payable | | | | $779,710.99 |
| 8 | **Comet Technologies USA Inc.**<br>5675 Hudson Industrial Parkway<br>Hudson, OH 44236 | P: 234-284-7849<br>yxlon@yxlon.com | Trade Payable | | | | $471,706.80 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims

Debtor  Quanergy Systems, Inc.  
Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Triple Crown Consulting**<br>10814 Jollyville Road<br>Building Iv, Suite 100<br>Austin, TX 78759 | Attn: David Smith<br>P: 408-680-2589 | Trade Payable | | | | $424,653.00 |
| 10 | **Cadence Design Systems, Inc.**<br>PO Box 202769<br>Dallas, TX 75320 | P: 408-943-1234 | Trade Payable | | | | $340,000.00 |
| 11 | **Fabrinet**<br>One Nexus Way<br>Camana Bay, Grand Cayman<br>Ky-1-9005 Cayman island | Attn: Colin R. Campbell<br>P: 662-524-9600 | Trade Payable | C/U/D | | | $263,645.83 |
| 12 | **Koito Manufacturing Co., Ltd**<br>500 Kitawaki, Shimizu-Ku<br>Shizuoka-Shi, Shizuoka-Ku<br>424-8764 Japan | Attn: Mr. Yusuke Kasaba<br>P: 81-54-347-5504 | Customer Orders | C/U/D | | | $250,000.00 |
| 13 | **Rand Technology**<br>15225 Alton Parkway<br>Suite 100<br>Irvine, CA 92618-2351 | Attn: Andrea Klein<br>P: 949-255-5700<br>Info@randtech.com | Trade Payable | | | | $231,066.81 |
| 14 | **Grant Thornton LLP**<br>33562 Treasury Center<br>Chicago, IL 60694-3500 | P: 312-856-0200 | Professional services | | | | $231,050.00 |
| 15 | **Bosch Security Systems LLC**<br>2216 Abbey Rd<br>Cape Girardeau, MO 63701 | Attn: John Wekenborg<br>P: 573-318-0880<br>security.marketing@us.bosch.com | Customer Orders | C/U/D | | | $200,000.00 |
| 16 | **Spanidea Systems LLC**<br>1525 Mccarthy Blvd 1039<br>Milpitas, CA 95035 | Attn: Bhagirath Choudhary<br>P: 669-226-7863<br>usa@spanidea.com | Trade Payable | | | | $160,200.00 |
| 17 | **TRW**<br>24175 Research Dr<br>Farmington Hills, MI 48335 | P: 800-321-0784 | Customer Orders | C/U/D | | | $150,000.00 |
| 18 | **Advanced Micro Foundry Pte LTD**<br>11 Science Park Road<br>Singapore, 117685 Singapore | P: 65 6909 0955 | Trade Payable | | | | $124,740.00 |
| 19 | **Infortrend Corporation**<br>435 Lakeside Drive<br>Sunnyvale, CA 94085 | P: 408-988-5088<br>sales.us@infortrend.com | Trade Payable | | | | $106,733.55 |
| 20 | **Hella Kgaa Hueck & Co**<br>W 2 Lippstadt<br>Beckumer Str. 130<br>Lippstadt, 59552 Germany | P: 0180-6-250002 | Customer Orders | C/U/D | | | $100,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims

Debtor  Quanergy Systems, Inc.  
       Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 Hitachi<br>535 Augustine Dr<br>Santa Clara, CA 95054 | P: 408-986-6300 | Customer Orders | C/U/D | | | $100,000.00 |
| 22 Regeinov<br>1215 Bordeaux Drive<br>Sunnyvale, CA 94089 | c/o Groupe Renault<br>P: 888-532-1221 | Customer Orders | C/U/D | | | $100,000.00 |
| 23 Excelitas Canada Inc.<br>22001 Dumberry Road<br>Vaudreuil-Dorion, QC J7V 8P7<br>Canada | Attn: Paul Igoe<br>P: 450-424-3324 | Trade Payable | | | | $87,078.77 |
| 24 Alvarez & Marsal Holdings, LLC<br>2029 Century Park E<br>Los Angeles, CA 90067 | Attn: Adam Taylor<br>P: 44 7973 895693 | Professional services | | | | $78,280.00 |
| 25 Edward & Eva Brown<br>21, Pepper Way<br>San Rafael, CA 94901 | P: 415-299-0330 | Trade Payable | | | | $73,203.00 |
| 26 Seipo Corporation<br>5855 Cunningham Road<br>Houston, TX 77041 | P: 832-919-7700 | Trade Payable | | | | $65,491.10 |
| 27 Mando Corporation<br>21, Pangyo-Ro 255 Beon-Gil<br>Bundang-Gu, Seongnam-Si<br>Gyeonggi-Do, 13486 South Korea | Attn: Seong Il-mo<br>P: 248-668-4300 | Customer Orders | C/U/D | | | $50,000.00 |
| 28 Roth Staffing Companies, L.P.<br>450 North State Collage Blvd.<br>Orange, CA 92868 | P: 714-939-8600 | Trade Payable | | | | $47,712.73 |
| 29 Arena Solutions, Inc<br>121 Seaport Boulevard<br>Boston, MA 02210 | P: 650-513-3500 | Trade Payable | | | | $43,067.71 |
| 30 Armanino LLP<br>12657 Alcosta Blvd.<br>Suite 500<br>San Ramon, CA 94583 | Attn: Heather Moore<br>P: 408-200-6400 | Trade Payable | | | | $41,475.00 |
| | | | | | | |
| | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-(_____) |
| Debtor. | |

**CORPORATE OWNERSHIP STATEMENT PURSUANT
TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3) and 7007.1**

Pursuant to Rule 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Quanergy Systems, Inc. (the "Debtor"), the debtor in the above-captioned chapter 11 case, hereby states that it is a publicly traded company. No individual or entity directly or indirectly owns 10% or more of any class of the Debtor's equity interests.

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The debtor's mailing address for purposes of this chapter 11 case is 433 Lakeside Drive, Sunnyvale, CA 94085.

**Fill in this information to identify the case:**

Debtor name: **Quanergy Systems, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known):

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration    **Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/13/2022**       X  _/s/ Larry Perkins_
Signature of individual signing on behalf of debtor

**Larry Perkins**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor