IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | |

**NOTICE OF FILING OF ATTACHMENT TO VOLUNTARY PETITION**

**PLEASE TAKE NOTICE** that on December 13, 2022, Quanergy Systems, Inc. filed a voluntary petition (the "Petition") under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware. The Petition inadvertently omitted the *Attachment to Voluntary Petition for Non-Individuals Filing Bankruptcy under Chapter 11* (the "Attachment").

**PLEASE TAKE FURTHER NOTICE** that attached hereto is the inadvertently omitted Attachment.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The debtor's mailing address for purposes of the Chapter 11 Case is 433 Lakeside Drive, Sunnyvale, CA 94085.

29956584.1

| | |
|---|---|
| Dated: Wilmington, Delaware<br>December 13, 2022 | /s/ Shane M. Reil<br>Sean M. Beach (No. 4070)<br>Shane M. Reil (No. 6195)<br>Catherine C. Lyons (No. 6854)<br>Heather P. Smillie (No. 6923)<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Rodney Square<br>1000 N. King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Email: sbeach@ycst.com<br>    sreil@ycst.com<br>    clyons@ycst.com<br>    hsmillie@ycst.com<br><br>and<br><br>Cullen D. Speckhart (*pro hac vice* pending)<br>Michael A. Klein (*pro hac vice* pending)<br>Lauren A. Reichardt (*pro hac vice* pending)<br>**COOLEY LLP**<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: (212) 479-6000<br>Email: cspeckhart@cooley.com<br>    mklein@cooley.com<br>    lreichardt@cooley.com<br><br>*Proposed Counsel for the Debtor and Debtor in Possession* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | |

**Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is <u>001-39222</u>.

2. The following financial data is the latest available information and refers to the debtor's condition as of the dates noted in the comments below.

   | | | |
   |---|---|---|
   | a. | Total assets | $40,375,000 |
   | b. | Total debts (including debts listed in 2.c., below) | $28,898,000 |
   | c. | Debt securities held by more than 500 holders: | N/A |
   | d. | Number of shares of preferred stock | N/A |
   | e. | Number of shares of common stock | 16,164,406 |

   Comments, if any:   <u>Total assets and total debts are listed as set forth in the Debtor's (as defined below) unaudited consolidated financial statements for the fiscal period ended September 30, 2022.  To the Debtor's knowledge, the shares of common stock listed above are those outstanding as of November 10, 2022.</u>

3. Brief description of debtor's business:   <u>Quanergy Systems, Inc. (the "Debtor") develops, manufactures, and markets LiDAR technology and 3D solutions.</u>

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   - <u>GEM Global Yield LLC SCS</u>[2]
   - <u>Heights Capital Management, Inc.</u>[3]

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845).  The debtor's mailing address for purposes of this chapter 11 case is 433 Lakeside Drive, Sunnyvale, CA 94085.

[2] As disclosed in Schedule 13G filed on November 2, 2022, GEM Global Yield LLC SCS ("<u>GEM Investor</u>") holds the Common Stock in the Debtor.  Gem Global Yield Fund LLC ("<u>GEM GP</u>") is the beneficial partner of GEM Investor and Christopher F. Brown is the beneficial sole owner of and GEM GP and has voting and dispositive power over the shares held by GEM Investor.

[3] As disclosed in Schedule 13G filed on October 30, 2022, Heights Capital Management, Inc. is the investment manager to CVI Investments, Inc., and as such may exercise voting and dispositive power of the shares.

- <u>Rising Tide V, LLC</u>[4]

---

[4] Based on information filed in the Debtor's Form S-1 on October 24, 2022.