## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | |

### AFFIDAVIT OF SERVICE

I, Angela Tsai, depose and say that I am employed by Stretto, the *proposed* claims and noticing agent for the Debtors in the above-captioned case.

On December 13, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtor's Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of all or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief** (Docket No. 12)

- **Declaration of Geoffrey Richards in Support of Motion of Debtor for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief and the Motion to Shorten Time for the Hearing Related Thereo** (Docket No. 13)

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The debtor's mailing address for purposes of this chapter 11 case is 433 Lakeside Drive, Sunnyvale, CA 94085.

- **Debtor's Motion for an Order Shortening Time for Notice of the Hearing to Consider Debtor's Motion for Entry of (I) an Order (a) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (a) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of all Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief** (Docket No. 14)

- **Amended Notice of (I) Filing of Bankruptcy Petition and Related Documents and (II) Agenda for Remote Hearing on First Day Motions Scheduled for December 14, 2022 at 2:30 P.M. (ET) Before the Honorable Craig T. Goldblatt of the United States Bankruptcy Court for the District of Delaware** (Docket No. 20)

Furthermore, on December 13, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit C**, via facsimile on the service list attached hereto as **Exhibit D**, and via electronic mail on the service list attached hereto as **Exhibit E**:

- **Amended Notice of (I) Filing of Bankruptcy Petition and Related Documents and (II) Agenda for Remote Hearing on First Day Motions Scheduled for December 14, 2022 at 2:30 P.M. (ET) Before the Honorable Craig T. Goldblatt of the United States Bankruptcy Court for the District of Delaware** (Docket No. 20)

Furthermore, on December 13, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit F**, and via electronic mail on the service list attached hereto as **Exhibit G**:

- **Debtor's First Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts Effective as of the Petition Date** (Docket No. 24)

[THIS SPACE INTENTIONALLY LEFT BLANK]

On December 14, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on **thirteen (13) confidential creditors** not included herein:

- **Debtor's Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of all or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief** (Docket No. 12)

- **Declaration of Geoffrey Richards in Support of Motion of Debtor for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief and the Motion to Shorten Time for the Hearing Related Thereo** (Docket No. 13)

- **Debtor's Motion for an Order Shortening Time for Notice of the Hearing to Consider Debtor's Motion for Entry of (I) an Order (a) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (a) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of all Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief** (Docket No. 14)

- **Amended Notice of (I) Filing of Bankruptcy Petition and Related Documents and (II) Agenda for Remote Hearing on First Day Motions Scheduled for December 14, 2022 at 2:30 P.M. (ET) Before the Honorable Craig T. Goldblatt of the United States Bankruptcy Court for the District of Delaware** (Docket No. 20)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: December 14, 2022

_____
Angela Tsai

State of Connecticut  )
                      ) SS.
County of Fairfield   )

Subscribed and sworn before me this 14th day of December 2022 by Angela Tsai.

_____
(Notary's official signature)

PATRICIA HERMANCE
Notary Public
Connecticut
My Commission Expires Jun 30. 2026

# **Exhibit A**



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Advanced Micro Foundry Pte LTD | Attn: Legal Department | 11 Science Park Road | | Singapore | | 117685 | Singapore |
| Alvarez & Marsal Holdings LLC | Attn: Adam Taylor | 2029 Century Park E | | Los Angeles | CA | 90067 | |
| Alvarez & Marsal Holdings LLC | Attn: Will Greene | 700 Louisiana Street | Suite 3300 | Houston | TX | 77002 | |
| Arena Solutions Inc | Attn: Legal Department | 121 Seaport Boulevard | | Boston | MA | 02210 | |
| Armanino LLP | Attn: Heather Moore | 12657 Alcosta Blvd. Ste 500 | | San Ramon | CA | 94583 | |
| Bosch Security Systems LLC | Attn: John Wekenborg | 2216 Abbey Rd | | Cape Girardeau | MO | 63701 | |
| Cadence Design Systems Inc. | Attn: Legal Department | PO Box 202769 | | Dallas | TX | 75320 | |
| CITIC Capital Acquisition Corp | 9/F East Tower Genesis | Beijing No 8 Xinyuan S Rd | Chaoyang Dist | Beijing | | 100027 | China |
| Comet Technologies USA Inc. | Attn: Legal Department | 5675 Hudson Industrial Parkway | | Hudson | OH | 44236 | |
| Credit Suisse Securities (USA) LLC | Attn: General Counsel | 11 Madison Avenue | | New York | NY | 10010 | |
| Credit Suisse Securities (USA) LLC | Attn: Legal Department | 7033 Louis Stephens Dr | | Raleigh | NC | 27560 | |
| District of Columbia | Office Of The Attorney General | 441 4Th St Nw Ste 1100S | | Washington | DC | 20001 | |
| Edward & Eva Brown | | Address on File | | | | | |
| Electro Rent Corporation | Attn: Lexxie Noujeim | 8511 Fallbrook Avenue | Suite 200 | West Hills | CA | 91304 | |
| Excelitas Canada Inc. | Attn: Paul Igoe | 22001 Dumberry Road | | Vaudreuil-Dorion | QC | J7V 8P7 | Canada |
| Fabrinet | Attn: Colin R. Campbell | One Nexus Way | Camana Bay | Grand Cayman | | Ky-1-9005 | Cayman Islands |
| Global Emerging Markets Group | Attn: Jonathan Collins | 390 Park Avenue | 7th Floor | New York | NY | 10019 | |
| Global Emerging Markets Group | Attn: Legal Department | 9 West 57th Street 49 Fl | | New York | NY | 10019 | |
| Grant Thornton LLP | Attn: Legal Department | 33562 Treasury Center | | Chicago | IL | 60694-3500 | |
| Hella Kgaa Hueck & Co | Attn: Legal Department | W 2 Lippstadt | Beckumer Str. 130 | Lippstadt | | 59552 | Germany |
| Hitachi | Attn: Legal Department | 535 Augustine Dr | | Santa Clara | CA | 95054 | |
| Infortrend Corporation | Attn: Legal Department | 435 Lakeside Drive | | Sunnyvale | CA | 94085 | |
| Internal Revenue Service | Attn: Legal Department | Department of the Treasury | | Ogden | UT | 84201-0039 | |
| Koito Manufacturing Co. Ltd | Attn: Mr. Yusuke Kasaba | 500 Kitawaki Shimizu-Ku | Shizuoka-Shi | Shizuoka-Ku | | 424-8764 | Japan |
| Mando Corporation | Attn: Seong Il-mo | 21 Pangyo-Ro 255 Beon-Gil | Bundang-Gu Seongnam-Si | Gyeonggi-Do | | 13486 | South Korea |
| Office of The U.S. Trustee | For The District of Delaware | 844 N King St #2207 | Lockbox 35 | Wilmington | DE | 19801 | |
| Rand Technology | Attn: Andrea Klein | 15225 Alton Parkway Ste 100 | | Irvine | CA | 92618-2351 | |
| Regeinov | c/o Groupe Renault | 1215 Bordeaux Drive | | Sunnyvale | CA | 94089 | |
| Roth Staffing Companies L.P. | Attn: Legal Department | 450 North State Collage Blvd. | | Orange | CA | 92868 | |
| Sanmina Corporation | Attn: Jure Sola | 2700 North First Street | | San Jose | CA | 95134 | |
| Securities & Exchange Commission | New York Regional Office | Brookfield Plc 200 Vesey St Ste 400 | Attn Andrew Calamari Regional Dir | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Secretary of The Treasury | 100 F Street NE | | Washington | DC | 20549 | |
| Seipo Corporation | Attn: Legal Department | 5855 Cunningham Road | | Houston | TX | 77041 | |
| Sierra Circuits | Attn: Ken Bahl | 1108 West Evelyn Avenue | | Sunnyvale | CA | 94086 | |
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | 1525 Mccarthy Blvd 1039 | | Milpitas | CA | 95035 | |
| State of Alabama | Office Of The Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 | |
| State of Alaska | Office Of The Attorney General | 1031 W 4th Ave Ste 200 | | Anchorage | AK | 99501 | |
| State of Arizona | Office Of The Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004 | |
| State of Arkansas | Office Of The Attorney General | 323 Center St Ste 200 | | Little Rock | AR | 72201 | |
| State of California | Office Of The Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of Colorado | Office Of The Attorney General | 1300 Broadway 10Th Fl | Ralph L. Carr Judicial Building | Denver | CO | 80203 | |
| State of Connecticut | Office Of The Attorney General | 55 Elm St | | Hartford | CT | 06106 | |
| State of Delaware | Department Of Justice | 820 N French Street | Carvel State Office Building | Wilmington | DE | 19801 | |
| State of Florida | Office of the Attorney General | 400 S Monroe St | The Capitol Pl 01 | Tallahassee | FL | 32399 | |
| State of Georgia | Office Of The Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 | |
| State of Hawaii | Office Of The Attorney General | 425 Queen Street | | Honolulu | HI | 96813 | |
| State of Idaho | Office Of The Attorney General | 700 W. Jefferson St Suite 210 | | Boise | ID | 83720 | |
| State of Illinois | Office Of The Attorney General | 100 W. Randolph St | James R. Thompson Center | Chicago | IL | 62706 | |
| State of Indiana | Office Of The Attorney General | 302 W Washington St 5Th Fl | Indiana Government Center South | Indianapolis | IN | 46204 | |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (JTD)



**Exhibit A**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of Iowa | Office Of The Attorney General | 1305 E. Walnut Street Rm 109 | Hoover State Office Building | Des Moines | IA | 50319 | |
| State of Kansas | Office Of The Attorney General | 120 SW 10Th Ave 2nd Fl | | Topeka | KS | 66612 | |
| State of Kentucky | Office Of The Attorney General | 700 Capitol Ave Ste 118 | Capitol Building | Frankfort | KY | 40601 | |
| State of Louisiana | Office Of The Attorney General | 1885 N. Third St | | Baton Rouge | LA | 70802 | |
| State of Maine | Office Of The Attorney General | 6 State House Station | | Augusta | ME | 04333 | |
| State of Maryland | Office Of The Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 | |
| State of Massachusetts | Office Of The Attorney General | 1 Ashburton Place 20Th Floor | | Boston | MS | 02108 | |
| State of Michigan | Office Of The Attorney General | 525 W Ottawa St | G. Mennen Williams Bldg 7Th Floor | Lansing | MI | 48909 | |
| State of Minnesota | Office Of The Attorney General | 445 Minnesota Ste 1400 | | St. Paul | MN | 55101 | |
| State of Mississippi | Office Of The Attorney General | 550 High St Ste 1200 | Walter Sillers Building | Jackson | MS | 39201 | |
| State of Missouri | Office Of The Attorney General | 207 W High St | Supreme Court Building | Jefferson City | MO | 65101 | |
| State of Montana | Office Of The Attorney General | 215 N. Sanders | Justice Building Third Fl | Helena | MT | 59601 | |
| State of Nebraska | Office Of The Attorney General | 2115 State Capitol | | Lincoln | NE | 68509 | |
| State of Nevada | Office Of The Attorney General | 100 N Carson St | Old Supreme Court Building | Carson City | NV | 89701 | |
| State of New Hampshire | Office Of The Attorney General | 33 Capitol St. | Nh Department Of Justice | Concord | NH | 03301 | |
| State of New Jersey | Office Of The Attorney General | 25 Market St 8Th Fl West Wing | Richard J. Hughes Justice Complex | Trenton | NJ | 08611 | |
| State of New Mexico | Office Of The Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 | |
| State of New York | Office Of The Attorney General | The Capitol 2nd Floor | | Albany | NY | 12224 | |
| State of North Carolina | Office Of The Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 | |
| State of North Dakota | Office Of The Attorney General | State Capitol 600 E Boulevard Ave | Dept. 125 | Bismarck | ND | 58505 | |
| State of Ohio | Office Of The Attorney General | 30 E Broad St 14Th Fl | State Office Tower | Columbus | OH | 43215 | |
| State of Oklahoma | Office Of The Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 | |
| State of Oregon | Office Of The Attorney General | 1162 Court St Ne | | Salem | OR | 97301 | |
| State of Pennsylvania | Office Of The Attorney General | Strawberry Square 16Th Fl | | Harrisburg | PA | 17120 | |
| State of Rhode Island | Office Of The Attorney General | 150 S Main St | | Providence | RI | 02903 | |
| State of South Carolina | Office Of The Attorney General | 1000 Assembly St Rm 519 | Rembert C. Dennis Bldg | Columbia | SC | 29201 | |
| State of South Dakota | Office Of The Attorney General | 1302 E Highway 14 Ste 1 | | Pierre | SD | 57501 | |
| State of Tennessee | Office Of The Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 | |
| State of Texas | Office Of The Attorney General | 300 W. 15Th St | | Austin | TX | 78701 | |
| State of Utah | Office Of The Attorney General | 350 North State St Ste 230 | Utah State Capitol Complex | Salt Lake City | UT | 84114 | |
| State of Utah | Office Of The Attorney General | State Capitol Room 236 | | Salt Lake City | UT | 84114 | |
| State of Vermont | Office Of The Attorney General | 109 State St. | | Montpelier | VT | 05609 | |
| State of Virginia | Office Of The Attorney General | 202 N. Ninth St. | | Richmond | VA | 23219 | |
| State of Washington | Office Of The Attorney General | 1125 Washington St Se | | Olympia | WA | 98501 | |
| State of Washington | Office Of The Attorney General | PO Box 40100 | | Olympia | WA | 98504-00 | |
| State of West Virginia | Office Of The Attorney General | 1900 Kanawha Blvd E Bldg 2 Rm E-26 | State Capitol | Charleston | WV | 25305 | |
| State of Wisconsin | Office Of The Attorney General | 17 West Main Street Room 114 East P | | Madison | WI | 53702 | |
| State of Wyoming | Office Of The Attorney General | 2320 Capitol Ave | Kendrick Building | Cheyenne | WY | 82002 | |
| Triple Crown Consulting LLC | Attn: David Smith | 10814 Jollyville Road Suite 100 | Building IV | Austin | TX | 78759 | |
| TRW | Attn: Legal Department | 24175 Research Dr | | Farmington Hills | MI | 48335 | |
| U.S. Bank Equipment Finance | Attn: Legal Department | 1310 Madrid Street | | Marshall | MN | 56258 | |
| United States Attorney's Office | For The District of Delaware | 1313 N Market Street | | Wilmington | DE | 19801 | |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | 5521 Hellyer Ave | | San Jose | CA | 95138 | |
| Webbank | Attn: Legal Department | 6440 S. Wasatch Boulevard | STE# 300 | Salt Lake City | UT | 84121 | |
| White & Case LLP | Attn: Elena Millerman | 1221 Avenue of Americas | | New York | NY | 10020-1095 | |

# **<u>Exhibit B</u>**



**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Alvarez & Marsal Holdings, LLC | Attn: Adam Taylor | | rtabibzadeh@alvarezandmarsal.com |
| Alvarez & Marsal Holdings, LLC | Attn: Will Greene | | wgreene@alvarezandmarsal.com |
| Bosch Security Systems LLC | Attn: John Wekenborg | | security.marketing@us.bosch.com |
| Comet Technologies USA Inc. | | | yxlon@yxlon.com<br>Alex.Geiger@yxlon.com |
| Credit Suisse Securities (USA) LLC | | | sebastian.barleben@credit-suisse.com |
| District of Columbia | Office Of The Attorney General | | oag@dc.gov |
| Electro Rent Corporation | Attn: Lexxie Noujeim | | mclark@electrorent.com |
| Global Emerging Markets Group | Attn: Jonathan Collins | | mlhom@gemny.com |
| Infortrend Corporation | | | tony.chu@infortrend.com |
| Office of The U.S. Trustee | For The District of Delaware | | richard.schepacarter@usdoj.gov |
| Rand Technology | Attn: Andrea Klein | | sales@randtech.com<br>Info@randtech.com |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission | Secretary of The Treasury | | DCAOLetters@sec.gov |
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | | usa@spanidea.com |
| State of Alabama | Office Of The Attorney General | | consumerinterest@alabamaag.gov |
| State of Alaska | Office Of The Attorney General | | attorney.general@alaska.gov |
| State of Arizona | Office Of The Attorney General | | aginfo@azag.gov |
| State of California | Office Of The Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office Of The Attorney General | | cora.request@coag.gov |
| State of Connecticut | Office Of The Attorney General | | attorney.general@ct.gov |
| State of Delaware | Department Of Justice | | attorney.general@state.de.us |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Hawaii | Office Of The Attorney General | | hawaiiag@hawaii.gov |
| State of Idaho | Office Of The Attorney General | | lawrence.wasden@ag.idaho.gov |
| State of Illinois | Office Of The Attorney General | | info@lisamadigan.org |
| State of Iowa | Office Of The Attorney General | | consumer@ag.iowa.gov |
| State of Kansas | Office Of The Attorney General | | derek.schmidt@ag.ks.gov |
| State of Kentucky | Office Of The Attorney General | | kyoagor@ky.gov |
| State of Louisiana | Office Of The Attorney General | | constituentservices@ag.louisiana.gov |
| State of Maryland | Office Of The Attorney General | | oag@oag.state.md.us |
| State of Massachusetts | Office Of The Attorney General | | ago@state.ma.us |
| State of Michigan | Office Of The Attorney General | | miag@michigan.gov |
| State of Minnesota | Office Of The Attorney General | | attorney.general@ag.state.mn.us |
| State of Missouri | Office Of The Attorney General | | consumer.help@ago.mo.gov |
| State of New Hampshire | Office Of The Attorney General | | attorneygeneral@doj.nh.gov |
| State of New Mexico | Office Of The Attorney General | | hbalderas@nmag.gov |



**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| State of North Dakota | Office Of The Attorney General | | ndag@nd.gov |
| State of Oklahoma | Office Of The Attorney General | | questions@oag.ok.gov |
| State of Oregon | Office Of The Attorney General | | ellen.rosenblum@dog.state.or.us |
| State of Utah | Office Of The Attorney General | | uag@utah.gov |
| State of Utah | Office Of The Attorney General | | uag@utah.gov |
| State of Vermont | Office Of The Attorney General | | ago.info@vermont.gov |
| State of Virginia | Office Of The Attorney General | | mail@oag.state.va.us |
| State of West Virginia | Office Of The Attorney General | | consumer@wvago.gov |
| U.S. Bank Equipment Finance | | | efcustomersupport@usbank.com |
| United States Attorney's Office | For The District of Delaware | | usade.press@usdoj.gov |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | | lidar@velodyne.com |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | | joel.rubinstein@whitecase.com<br>elenamaria.mellerman@whitecase.com |

# <u>Exhibit C</u>



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| 2411037 Ontario Ltd | 2411037 Ontario Ltd | 94 Meadow Cres | | Whitby | ON | L1N 3J4 | CA |
| 8X8 | Attn: Legal Department | 2125 O'Neil Drive | | San Jose | CA | 95131 | |
| 8X8 Inc | Attn: Legal Department | 675 Creekside Way | | Campbell | CA | 95008 | |
| Aarems Holdings Ltd | Aarems Holdings Ltd | Rajiv Khatwani | Sea Meadow House | Blackburn Hw | | | VI |
| Access Venture Fund I LP | Access Venture Fund I LP | 7320 S Rainbow Blvd Ste 102 | | Las Vegas | NV | 89139-0410 | |
| Alex Shih | | Address on File | | | | | |
| Ang Suan Pin Sharon Anne | Ang Suan Pin Sharon Anne | 177L Hillcrest Road | | Singapore | | | SN |
| AT&T – Internet | Attn: Legal Department | 208 S Akard St | | Dallas | TX | 75202 | |
| AT&T Mobility | Attn: AT&T Wireless Legal Dep | 11760 US Highway 1 Ste 600 | | North Palm Beach | FL | 33408 | |
| Axel Fuchs | | Address on File | | | | | |
| Bainbridge UK Services Ltd | Bainbridge UK Services Ltd | 106 Brompton Road | | London | | SW3 1JJ | UK |
| Balance Account For UNEX and UNEX1 | Balance Account For UNEX and UNEX1 | 1 State St | | New York | NY | 10004-1561 | |
| Bestview Holdings Ltd | Bestview Holdings Ltd | Attn Joseph Mcburney | Lotemau Centre Level 2 | Apia | | | WS |
| Brad Templeton | | Address on File | | | | | |
| Budissi Limited | Budissi Limited | Room 605-6 6Th Floor | Kowloon Centre 29-39 Ashley Road | Tsimshatsui | | | HK |
| Capton United SA | Capton United SA | Apt 307 Views1A Street 1A | Greens & Views | Dubai | | | TC |
| Carol Nelson Dembert | | Address on File | | | | | |
| Ccsrf Vision Cayman Investment Limi | CO Maples Corporate Services Ltd | 8F Capital Mansion | 6 Xinyuan South Road Chaoyang Distr | Beijing | | 100004 | CH |
| Cede & Co | Cede & Co | 570 Washington Blvd | | Jersey City | NJ | 07310-1617 | |
| Citic Capital Acquisition LLC | Citic Capital Acquisition LLC | 9F East Tower Genesis Beijing | No 8 Xinyuan South Road | Beijing Chaoyang District | | 10027 | CH |
| City Of Sunnyvale | Attn: Accounts Receivables | 650 West Olive Avenue | PO Box 3707 | Sunnyvale | CA | 94088-3707 | |
| City Of Sunnyvale | Attn: Department Of Finance | PO Box 4000 | Utilities Division | Sunnyvale | CA | 94088-4000 | |
| Clarence LP | Clarence LP | 737 N Michigan Ave Ste 2100 | | Chicago | IL | 60611-5641 | |
| Continental Stock Transfer Trust Co | Attn: Erika Young | 17 Battery Place | | New York | NY | 10004 | |
| Continental Stock Transfer Trust Co | Attn: Legal Department | One State Street Plaza  30th Floor | | New York | NY | 10004 | |
| Dan Gilbert | | Address on File | | | | | |
| Daniel Krizek | | Address on File | | | | | |
| Depository Trust & Clearing Corp | Attn: Reorganization Dep 4th Fl | 570 Washington Blvd | | New Jersey | NJ | 07310 | |
| Desmond Ng Jie Ming | | Address on File | | | | | |
| Explorer Partner Investment | Holdings LLC | 1201 N Orange Street Suite 715 | | Wilmington | DE | 19801 | |
| Faye Iosotaluno And Peter Coppa | Faye Iosotaluno And Peter Coppa | 750 26Th St | | Manhattan Beach | CA | 90266-2365 | |
| Gem Global Yield LLC SCS | Attn: Legal Department | 9 West 57Th Street 49th Fl | | New York | NY | 10019 | |
| Hassan Asiree | | Address on File | | | | | |
| Heather Rafter | | Address on File | | | | | |
| Heights Capital Management Inc | Attn: Legal Department | 101 California St Ste 3250 | | San Francisco | CA | 94111 | |
| Henri Arif | | Address on File | | | | | |
| Jackson Rafter | | Address on File | | | | | |
| James Disanto | | Address on File | | | | | |
| Jason Ayat | | Address on File | | | | | |
| Jinlin Wang | | Address on File | | | | | |
| John Neil Weintraut | | Address on File | | | | | |
| Joseph Dinucci | | Address on File | | | | | |
| Joseph Kell | | Address on File | | | | | |
| Julia K Weber | | Address on File | | | | | |
| Junichiro Fujita | | Address on File | | | | | |
| Ken Xie | | Address on File | | | | | |
| Lek Securities Uk Limited | CO Lek Securities Corporation | 4 World Trade Center- Fl44 | 150 Greenwich Street | New York | NY | 10007 | |
| Marc M Nicolas | | Address on File | | | | | |
| Mark B Segall | | Address on File | | | | | |
| Mark Licht | | Address on File | | | | | |
| Markis 16 SL | Markis 16 SL | Paseo De La Gracia | No 26 | Barcelona | | | SP |
| Meteora Capital Partners LP | Meteora Capital Partners LP | 250 W 55Th St Ste 30A | | New York | NY | 10019-7669 | |
| Meteora Special Opportunity Fund I | Meteora Special Opportunity Fund I | 250 W 55Th St Fl 30A | | New York | NY | 10019-7669 | |



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Motus-Vgo Autonomous Iot Fund LP | Motus-Vgo Autonomous Iot Fund LP | 805 Sw Broadway Ave | Suite 2440 | Portland | OR | 97205 | |
| Nahid Alkhatib | | Address on File | | | | | |
| Ngiam Jusheng Benjamin | | Address on File | | | | | |
| Nym Investments Ltd | Trident Chambers | 281 Waterfront Drive | Road Town Tortola | Bvi | | | VI |
| Oski Red Sails Partners Limited | CO Jeneration Capital Advisors | Hong Kong Ltd | 69Fl Two Ifc 8 Finance Street | Central | | | HK |
| Pacific Gas & Electric | Attn: Environmental Services | 77 Beale Street | Box 770000 | San Francisco | CA | 94177 | |
| Perfect Shield Holdings Limited | Perfect Shield Holdings Limited | Unit 108 1F East Ocean Centre | 98 Granville Rd | Kowloon | | | HK |
| Peter Odegard | | Address on File | | | | | |
| Pink Panther Investments Ltd | Pink Panther Investments Ltd | Offshore Inc Centre | Road Town | Tortola | | | VI |
| Red Beard Holdings LLC | Red Beard Holdings LLC | 17595 Harvard Ave Ste C511 | | Irvine | CA | 92614-8516 | |
| Rising Tide Fund Managers LLC | Attn: Legal Department | 44 Tehama Street | | San Francisco | CA | 94105 | |
| Rising Tide II LLC | Rising Tide II LLC | 44 Tehama St | | San Francisco | CA | 94105-3110 | |
| Rising Tide Ii LP | Rising Tide Ii LP | 44 Tehama St | | San Francisco | CA | 94105-3110 | |
| Rising Tide Iii LLC | Rising Tide Iii LLC | 44 Tehama St | | San Francisco | CA | 94105-3110 | |
| Rising Tide Iv LLC | Rising Tide Iv LLC | 44 Tehama St | | San Francisco | CA | 94105-3110 | |
| Rising Tide Iva LLC | Rising Tide Iva LLC | 44 Tehama St | | San Francisco | CA | 94105-3110 | |
| Rising Tide Management Ltd | Rising Tide Management Ltd | 1200 Trinity Drive | | Menlo Park | CA | 94025 | |
| Rising Tide V LLC | Rising Tide V LLC | 44 Tehama St | | San Francisco | CA | 94105-3110 | |
| Robert Denaro | | Address on File | | | | | |
| Ross Haghighat | | Address on File | | | | | |
| Ross Taylor | | Address on File | | | | | |
| Ryan Field | | Address on File | | | | | |
| Saket Burman | | Address on File | | | | | |
| Sam Shmays | | Address on File | | | | | |
| Samvardhana Motherson Reflectec Gro | Holdings Limited | Hedelfinger Strasse 60 | | Stuttgart | | 70327 | GM |
| Scott Bender | | Address on File | | | | | |
| Scott Farrell | | Address on File | | | | | |
| Sensata Technologies Inc | Sensata Technologies Inc | 529 Pleasant St | | Attleboro | MA | 02703-2421 | |
| Shahzad Shahbaz | | Address on File | | | | | |
| Sharifah Hasnun Nita | | Address on File | | | | | |
| Sharon Sullivan | | Address on File | | | | | |
| Silicon Valley Bank | Attn: Jordan Kanis | 3003 Tasman Dr. | | Santa Clara | CA | 95054 | |
| Slsh LLC | Slsh LLC | 5970 Standing Oaks Ln | | Naples | FL | 34119-1232 | |
| Stephen Charles Wollenberg | | Address on File | | | | | |
| Steve Kim | | Address on File | | | | | |
| Steve S Kim | | Address on File | | | | | |
| Stritter Family Trust | UA 01262001 | 1315 San Mateo Dr | Attn Edward P Stritter | Menlo Park | CA | 94025-5526 | |
| Stritter Family Trust | UA DTD 01262001 | 1315 San Mateo Dr | | Menlo Park | CA | 94025-5526 | |
| Susan D Swetter | | Address on File | | | | | |
| Svetlana Van Tassel | | Address on File | | | | | |
| Tamer Ossama Hassanein | | Address on File | | | | | |
| Tan Keng Leck | | Address on File | | | | | |
| Thant Tessman | | Address on File | | | | | |
| Tharsis Capital Technology Iii LLC | Tharsis Capital Technology Iii LLC | 525 E 72Nd St Apt 3H | | New York | NY | 10021-9602 | |
| Tharsis Capital Technology Spv I LL | Tharsis Capital Technology Spv I LL | 525 E 72Nd St Apt 3H | | New York | NY | 10021-9602 | |
| Tharsis Capital Technology Spv II L | Tharsis Capital Technology Spv II L | 525 E 72Nd St Apt 3H | | New York | NY | 10021-9602 | |
| Tianyue Yu | | Address on File | | | | | |
| Transform Innovation | Transform Innovation | PO Box 5000-479 | | Rancho Santa Fe | CA | | |
| Transportation Technology | Ventures LLC | 541 Jefferson Ave | | Redwood City | CA | 94063-1739 | |
| Transportation Technology Ventures | DBA Motus Ventures | 541 Jefferson Avenue | Suite 100 | Redwood City | CA | 94063 | |
| Tsunami Investments LLC | Tsunami Investments LLC | 541 Jefferson Ave | | Redwood City | CA | 94063-1739 | |
| Tyler Gaffney | | Address on File | | | | | |
| UV Ventures Limited | UV Ventures Limited | 12 Marina View 23-01 | Asia Square Tower 2 | Singapore | | 18961 | SN |
| Valiant Sky Limited | Valiant Sky Limited | 7B Hollywood Heights | 6 Old Peak Road Mid Levels | Hong Kong | | | HK |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (JTD)



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| VGO Capital LLC | VGO Capital LLC | 805 Sw Broadway Ste 2440 | | Portland | OR | 97205-3317 | |
| Weilai Yang And Yu Cheung Ho Truste | The YYAD10 Trust | 1185 S Bethany Creek Dr | | Alpharetta | GA | 30004-8519 | |
| Weilai Yang And Yu Cheung Ho Truste | The YYJK28 Trust | 1185 S Bethany Creek Dr | | Alpharetta | GA | 30004-8519 | |
| WSCJ Investments LLC | WSCJ Investments LLC | 805 Sw Broadway Ste 2440 | | Portland | OR | 97205-3317 | |
| Youssri Helmy | | Address on File | | | | | |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (JTD)

# Exhibit D

**STRETTO**

**Exhibit D**
Served Via Facsimile Mail

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| 8X8 | | | 408-980-0432 |
| 8X8 Inc | | | 408-980-0432 |
| AT&T – Internet | | | 800-635-6840 |
| AT&T Mobility | Attn: AT&T Wireless Legal Dep | | 800-635-6840 |
| City Of Sunnyvale | Attn: Accounts Receivables | | 408-733-1611 |
| City Of Sunnyvale | Attn: Department Of Finance | Utilities Division | 408-733-1611 |
| Comet Technologies USA Inc. | | | 234-280-7886 |
| District of Columbia | Office Of The Attorney General | | 202-347-8922 |
| Electro Rent Corporation | Attn: Lexxie Noujeim | | 818-374-7399 |
| Excelitas Canada Inc. | Attn: Paul Igoe | | 450-424-3392 |
| Gem Global Yield LLC SCS | | | 212-265-4035 |
| Heights Capital Management, Inc | | | 416-775-3611 |
| Internal Revenue Service | Department of the Treasury | | 267-941-1015 |
| Office of The U.S. Trustee | For The District of Delaware | | 302-573-6497 |
| Pacific Gas & Electric | Attn: Environmental Services | | 415-973-8719 |
| Rand Technology | Attn: Andrea Klein | | 949-585-2260 |
| Rising Tide Fund Managers, LLC | | | 650-595-2442 |
| Securities & Exchange Commission | Secretary of The Treasury | | 202-772-9295 |
| Sierra Circuits | Attn: Ken Bahl | | 408-735-1408 |
| Silicon Valley Bank | Attn: Jordan Kanis | | 408-654-9589 |
| State of Alabama | Office Of The Attorney General | | 334-242-2433 |
| State of Alaska | Office Of The Attorney General | | 907-269-5110 |
| State of Arizona | Office Of The Attorney General | | 602-542-4085 |
| State of Arkansas | Office Of The Attorney General | | 501-682-8084 |
| State of California | Office Of The Attorney General | | 916-323-5341 |
| State of Colorado | Office Of The Attorney General | | 720-508-6030 |
| State of Connecticut | Office Of The Attorney General | | 860-808-5387 |
| State of Delaware | Department Of Justice | | 302-577-6630 |
| State of Florida | Office of the Attorney General | | 850-410-1630 |
| State of Georgia | Office Of The Attorney General | | 404-657-8733 |
| State of Hawaii | Office Of The Attorney General | | 808-586-1239 |
| State of Idaho | Office Of The Attorney General | | 208-854-8071 |
| State of Indiana | Office Of The Attorney General | | 317-232-7979 |
| State of Iowa | Office Of The Attorney General | | 515-281-4209 |
| State of Kansas | Office Of The Attorney General | | 785-296-6296 |
| State of Kentucky | Office Of The Attorney General | | 502-564-2894 |
| State of Louisiana | Office Of The Attorney General | | 225-326-6797 |
| State of Michigan | Office Of The Attorney General | | 517-335-7644 |
| State of Minnesota | Office Of The Attorney General | | 651-282-2155 |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (JTD)

**STRETTO**

# Exhibit D
Served Via Facsimile Mail

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| State of Mississippi | Office Of The Attorney General | | 601-359-4231 |
| State of Missouri | Office Of The Attorney General | | 573-751-5818 |
| State of Montana | Office Of The Attorney General | | 406-444-3549 |
| State of Nebraska | Office Of The Attorney General | | 402-471-3297 |
| State of Nevada | Office Of The Attorney General | | 775-684-1108 |
| State of New Hampshire | Office Of The Attorney General | | 603-271-2110 |
| State of New Jersey | Office Of The Attorney General | | 609-292-3508 |
| State of New Mexico | Office Of The Attorney General | | 505-490-4883 |
| State of New York | Office Of The Attorney General | | 866-413-1069 |
| State of North Carolina | Office Of The Attorney General | | 919-716-6050 |
| State of North Dakota | Office Of The Attorney General | | 701-328-2226 |
| State of Oklahoma | Office Of The Attorney General | | 405-521-6246 |
| State of Oregon | Office Of The Attorney General | | 503-378-4017 |
| State of Pennsylvania | Office Of The Attorney General | | 717-787-8242 |
| State of Rhode Island | Office Of The Attorney General | | 401-274-3050 |
| State of South Carolina | Office Of The Attorney General | | 803-253-6283 |
| State of South Dakota | Office Of The Attorney General | | 605-773-4106 |
| State of Tennessee | Office Of The Attorney General | | 615-741-2009 |
| State of Texas | Office Of The Attorney General | | 512-475-2994 |
| State of Utah | Office Of The Attorney General | | 801-538-1121 |
| State of Utah | Office Of The Attorney General | | 801-538-1121 |
| State of Vermont | Office Of The Attorney General | | 802-828-3187 |
| State of Virginia | Office Of The Attorney General | | 804-225-4378 |
| State of West Virginia | Office Of The Attorney General | | 304-558-0140 |
| State of Wisconsin | Office Of The Attorney General | | 608-267-2779 |
| State of Wyoming | Office Of The Attorney General | | 307-777-6869 |
| Triple Crown Consulting LLC | Attn: David Smith | | 812-233-5341 |
| U.S. Bank Equipment Finance | | | 800-615-7448 |
| United States Attorney's Office | For The District of Delaware | | 302-573-6220 |
| Webbank | | | 801-456-8350 |

# **Exhibit E**



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| 2411037 Ontario Ltd. | | | stefan@sterlingcapitalbrokers.com |
| Aarems Holdings Ltd | Rajiv Khatwani | | khatwani.rajiv@gmail.com |
| Access Venture Fund I, L.P. | | | stech.dave@gmail.com |
| Alex Shih | | | Address on File |
| Ang Suan Pin Sharon Anne | | | Address on File |
| AT&T – Internet | | | compcent@att.com |
| AT&T Mobility | Attn: AT&T Wireless Legal Dep | | compcent@att.com |
| Axel Fuchs | | | Address on File |
| Bainbridge (UK) Services Ltd. | | | antoine@bainbridgepartners.com |
| Brad Templeton | | | Address on File |
| Budissi Limited | | | cheungwillhk@gmail.com |
| Ccsrf Vision (Cayman) Investment Limited | C/O Maples Corporate Services Ltd | | fangluwang@citiccapital.com |
| City Of Sunnyvale | Attn: Accounts Receivables | | esd@sunnyvale.ca.gov |
| City Of Sunnyvale | Attn: Department Of Finance | Utilities Division | esd@sunnyvale.ca.gov |
| Clarence LP | | | statements@wicklowcapital.com |
| Continental Stock Transfer Trust Co | Attn: Erika Young | | eyoung@continentalstock.com |
| Daniel Krizek | | | Address on File |
| Depository Trust & Clearing Corp | Attn: Reorganization Dep | | voluntaryreorgannouncements@dtcc.com<br>mandatoryreorgannouncements@dtcc.com<br>legalandtaxnotices@dtcc.com<br>lensnotices@dtcc.com |
| Desmond Ng Jie Ming | | | Address on File |
| Explorer Partner Investment | Holdings, LLC | | vcinvestments@sig.com |
| Faye Iosotaluno And Peter Coppa | | | Address on File |
| Gem Global Yield LLC SCS | | | cbrown@gemny.com |
| Hassan Asiree | | | Address on File |
| Heights Capital Management, Inc | | | Brad.Alles@sig.com<br>Martin.Kobinger@sig.com |
| Jason Ayat | | | Address on File |
| Jinlin Wang | | | Address on File |
| John Neil Weintraut | | | Address on File |
| Joseph Dinucci | | | Address on File |
| Joseph Kell | | | Address on File |
| Julia K. Weber | | | Address on File |
| Ken Xie | | | Address on File |
| Marc M. Nicolas | | | Address on File |
| Mark Licht | | | Address on File |
| Markis 16 S.L. | | | martinpich@lamarkis.com |
| Meteora Capital Partners LP | | | team@meteoracapital.com |
| Meteora Special Opportunity Fund I, LP | | | team@meteoracapital.com |



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Motus-Vgo Autonomous Iot Fund, L.P. | | | vinay@reshape.co |
| Ngiam Jusheng Benjamin | | | Address on File |
| Nym Investments, Ltd | Trident Chambers | | tatiana.naayem@yahoo.com |
| Oski Red Sails Partners Limited | C/O Jeneration Capital Advisors | | ops@jenerationcapital.com |
| Pacific Gas & Electric | Attn: Environmental Services | | John.Klavdianos@pge.com |
| Peter Odegard | | | Address on File |
| Red Beard Holdings LLC | | | scheng@rickmeyerassociates.com |
| Rising Tide Fund Managers, LLC | | | info@rtf.vc |
| Rising Tide Ii, L.P. | | | joe@rtf.vc |
| Rising Tide II, LLC | | | joe@rtf.vc |
| Rising Tide Iii, LLC | | | joe@rtf.vc |
| Rising Tide Iv, LLC | | | joe@rtf.vc |
| Rising Tide Iva, LLC | | | joe@rtf.vc |
| Rising Tide Management, Ltd. | | | joe@rtf.vc |
| Rising Tide V, LLC | | | joe@rtf.vc |
| Ross Taylor | | | Address on File |
| Ryan Field | | | Address on File |
| Samvardhana Motherson Reflectec Group | Holdings Limited | | petra.stahl-streffing@motherson.com |
| Scott Bender | | | Address on File |
| Scott Farrell | | | Address on File |
| Sensata Technologies, Inc. | | | gwiens@sensata.com;dstott@sensata.com |
| Shahzad Shahbaz | | | Address on File |
| Sharon Sullivan | | | Address on File |
| Silicon Valley Bank | Attn: Jordan Kanis | | jkanis@svb.com clientsupport@svb.com pfloro@svbank.com |
| Steve Kim | | | Address on File |
| Steve S. Kim | | | Address on File |
| Svetlana Van Tassel | | | Address on File |
| Tamer Ossama Hassanein | | | Address on File |
| Tan Keng Leck | | | Address on File |
| Thant Tessman | | | Address on File |
| Tharsis Capital Technology III, LLC | | | henri.arif@tharsis-capital.com |
| Tharsis Capital Technology Spv I, LLC | | | henri.arif@tharsis-capital.com |
| Tharsis Capital Technology Spv II, L.P. | | | henri.arif@tharsis-capital.com |
| Tianyue Yu, Trustee Of The Yang Yu Trust | | | tysvemail@gmail.com |
| Transportation Technology Ventures LLC | DBA Motus Ventures | | jim@motusventures.com |
| Tyler Gaffney | | | Address on File |
| UV Ventures Limited | | | fkangsa@gmail.com |
| Valiant Sky Limited | | | michael.tung@redsails.co |



**Exhibit E**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| VGO Capital LLC | | | vinay@reshape.co |
| Weilai Yang And Yu Cheung Ho, Trustee Of | The YYAD10 Trust | | weilai.yang@gmail.com |
| Weilai Yang And Yu Cheung Ho, Trustee Of | The YYJK28 Trust | | weilai.yang@gmail.com |
| Wscj Investments LLC | | | mwhite@white-summers.com |
| Youssri Helmy | | | Address on File |

# **<u>Exhibit F</u>**



**Exhibit F**

Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Advanced Micro Foundry Pte LTD | | 11 Science Park Road | | | Singapore | | 117685 | Singapore |
| Alvarez and Marsal | | 2029 Century Park E | | | Los Angeles | CA | 90067 | |
| Arena Solutions, Inc | | 121 Seaport Boulevard | | | Boston | MA | 02210 | |
| Armanino LLP | | 50 W. San Fernando Street | Suite 600 | | San Jose | CA | 95113 | |
| Armanino LLP | Attn: Heather Moore | 12657 Alcosta Blvd. | Suite 500 | | San Ramon | CA | 94583 | |
| Bradley James Sherrard | | Address on File | | | | | | |
| Cadence Design Systems | | 7033 Louis Stephens Drive | | | Raleigh | NC | 27560 | |
| Cadence Design Systems, Inc. | | PO Box 202769 | | | Dallas | TX | 75320 | |
| Chris Hopkins | | Address on File | | | | | | |
| CITIC Capital Acquisition Corp | | 9/F East Tower Genesis | Beijing No 8 Xinyuan S Rd | Chaoyang District | Beijing | | 100027 | China |
| Credit Suisse Securities (USA) LLC | | 7033 Louis Stephens Dr | | | Raleigh | NC | 27560 | |
| Credit Suisse Securities (USA) LLC | | 1411 Broadway, 23rd Floor | | | New York | NY | 10018 | |
| Edward and Eva Brown | | Address on File | | | | | | |
| Excelitas Canada Inc. | Attn: Paul Igoe | 22001 Dumberry Road | | | Vaudreuil-Dorion | QC | J7V 8P7 | Canada |
| Fabrinet | Attn: Colin R. Campbell | One Nexus Way | Camana Bay | | Grand Cayman | | Ky-1-9005 | Cayman Islands |
| Grant Thornton LLP | | 33562 Treasury Center | | | Chicago | IL | 60694-3500 | |
| Hella Kgaa Hueck & Co | | W 2 Lippstadt | Beckumer Str. 130 | | Lippstadt | | 59552 | Germany |
| Hitachi | | 535 Augustine Dr | | | Santa Clara | CA | 95054 | |
| Internal Revenue Service | | Department of the Treasury | | | Ogden | UT | 84201-0039 | |
| Jerry Allison | | Address on File | | | | | | |
| Junichiro Fujita | | Address on File | | | | | | |
| Kevin J Kennedy | | Address on File | | | | | | |
| Koito Manufacturing Co., Ltd | Attn: Mr. Yusuke Kasaba | 500 Kitawaki, Shimizu-Ku | | | Shizuoka-Shi | Shizuoka-Ku | 424-8764 | Japan |
| Mando Corporation | Attn: Seong Il-mo | 21, Pangyo-Ro 255 Beon-Gil | Bundang-Gu, Seongnam-Si | | Gyeonggi-Do | | 13486 | South Korea |
| Participating Employees | | 433 Lakeside Drive | | | Sunnyvale | CA | 94085 | |
| Patrick Archambault | | Address on File | | | | | | |
| Regeinov | c/o Groupe Renault | 1215 Bordeaux Drive | | | Sunnyvale | CA | 94089 | |
| Roth Staffing Companies, L.P. | Attn: Buddy Mason | 450 North State Collage Blvd. | | | Orange | CA | 92868 | |
| Sanmina Corporation | Attn: Jure Sola; Buck Rodgers | 2700 North First Street | | | San Jose | CA | 95134 | |
| Seipo Corporation | | 5855 Cunningham Road | | | Houston | TX | 77041 | |
| Sierra Circuits | Attn: Ken Bahl | 1108 West Evelyn Avenue | | | Sunnyvale | CA | 94086 | |
| Triple Crown Consulting LLC | Attn: David Smith | 10814 Jollyville Road | Building Iv, Suite 100 | | Austin | TX | 78759 | |
| TRW | | 24175 Research Dr | | | Farmington Hills | MI | 48335 | |
| Vincenzo Signore | | Address on File | | | | | | |
| Withum Smith + Brown | | 1411 Broadway, 23rd Floor | | | New York | NY | 10018 | |

# **Exhibit G**



**Exhibit G**

Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|------|-------------|-------------|-------|
| Akshaya Sharma | | | Address on File |
| Alfred Riddle | | | Address on File |
| Alvarez & Marsal Holdings, LLC | Attn: Adam Taylor | | rtabibzadeh@alvarezandmarsal.com |
| Alvarez & Marsal Holdings, LLC | Attn: Will Greene | | wgreene@alvarezandmarsal.com |
| Bosch Security Systems LLC | Attn: John Wekenborg | | security.marketing@us.bosch.com |
| Bradley James Sherrard | | | Address on File |
| Comet Technologies USA Inc. | | | Alex.Geiger@yxlon.com |
| Credit Suisse Securities (USA) LLC | | | sebastian.barleben@credit-suisse.com |
| Global Emerging Markets Group | Attn: Jonathan Collins | | mlhom@gemny.com |
| Herman Esguerra | | | Address on File |
| Huu-Chuong (David) Le | | | Address on File |
| Infortrend Corporation | | | tony.chu@infortrend.com sales.us@infortrend.com |
| Jaswant Rai | | | Address on File |
| Jerry Allison | | | Address on File |
| Kevin John Kennedy | | | Address on File |
| Kishor Kumar Ravula | | | Address on File |
| Lijing Zhang | | | Address on File |
| Office of The U.S. Trustee | For The District of Delaware | | richard.schepacarter@usdoj.gov |
| Oleksandr Zhuromskyy | | | Address on File |
| Peter J Iles | | | Address on File |
| Rajpal Bhullar | | | Address on File |
| Rand Technology | Attn: Andrea Klein | | sales@randtech.com Info@randtech.com |
| Ross Taylor | | | Address on File |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission | Secretary of The Treasury | | DCAOLetters@sec.gov |
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | | usa@spanidea.com bchoudhary@spanidea.com |
| Stanley T Lau | | | Address on File |
| United States Attorney's Office | For The District of Delaware | | usade.press@usdoj.gov |
| Uzma Hassan | | | Address on File |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | | lidar@velodyne.com mweinswig@velodyne.com |
| Vincenzo Signore | | | Address on File |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | | joel.rubinstein@whitecase.com elenamaria.mellerman@whitecase.com |
| Yan Wang | | | Address on File |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (JTD)