UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| **QUANERGY SYSTEMS, INC.** | : | Case No. 22-11305 (CTG) |
| | : | |
| | : | **NOTICE OF APPOINTMENT OF** |
| | : | **COMMITTEE OF UNSECURED** |
| Debtor. | : | **CREDITORS** |

---------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. Rand Technology, LLC, 15225 Alton Parkway, Suite 100, Irvine, CA 92618; Attention: Tawnie Bassett-Parkins; Tel: 949-255-5740; tawnie.bassett-parkins@randtech.com

2. Sanmina, Inc., 2700 North First Street, San Jose, CA 95134; Attention: Dave Rodgers; Tel: 408-964-3600; buck.rodgers@sanmina.com

3. Triple Crown Consulting, LLC, 10814 Jollyville Road, Bldg. IV, Ste. 100, Austin, TX 78759; Attention: Sarah Fletcher; Tel: 512-331-6330; sarah@tripleco.com

4. Infortrend Corp., 435 Lakeside Drive, Sunnyvale, CA 94085; Attention: Tony Chu

5. Spanidea Systems, LLC, 1525 McCarthy Blvd., Ste. 1039, Milpitas, CA; Attention: Bhagirath Choudhary; Tel: 669-226-7863; bchoudhary@spanidea.com

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

*/s/ Richard L. Schepacarter for*
Joseph J. McMahon, Jr.
Assistant United States Trustee

DATED: December 20, 2022

U.S. Trustee Atty: Richard L. Schepacarter, Esq.; Phone: (302) 573-6491; Fax: (302) 573-6497.
Debtor Counsel: Shane M. Reil, Esq. Phone (302) 571-6745; Fax: (302) 576-3288.