**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | **Docket Ref. Nos. 12 & 59** |

**NOTICE OF (I) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (II) CURE AMOUNTS**

**You are receiving this notice because you may be a counterparty to a contract or lease with Quanergy Systems, Inc. Please read this notice carefully as your rights may be affected by the transactions described herein.**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On December 13, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a motion (the "Bidding Procedures Motion") [Docket No. 12] seeking approval of the Bidding Procedures for the sale of certain of the Debtor's assets (the "Assets") and approval of the sale of such Assets to the highest or otherwise best qualified bidder (the "Successful Bidder"). The United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") granted the relief requested in the Bidding Procedures Motion (the "Bidding Procedures Order") [Docket No. 59] at a hearing held on December 21, 2022.[2] A hearing to consider approval of the sale of the Debtor's Assets (the "Sale Hearing") is scheduled for January 27, 2023, at 10:00 a.m. (prevailing Eastern Time) and a hearing to authorize and approve assumption and assignment of the Debtor's executory contracts and unexpired leases, including payment of cure (if any), will be held at a date and time to be determined (the "Assumption/Assignment Hearing").

2. Pursuant to the Bidding Procedures Order, the Debtor may **potentially** assume and assign to the Successful Bidder one or more of those executory contracts and unexpired leases listed on **Schedule A** annexed hereto (collectively, the "Potentially Assigned Agreements" and each, a "Potentially Assigned Agreement"), pursuant to section 365 of the Bankruptcy Code.

3. The Debtor has indicated on **Schedule A** annexed hereto the cure amounts, if any, that the Debtor believes must be paid to cure any prepetition defaults and satisfy all amounts accrued under the Potentially Assigned Agreements (in each instance, the "Cure Amount").

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The Debtor's mailing address for purposes of this chapter 11 case is 433 Lakeside Drive, Sunnyvale, CA 94085.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Bidding Procedures Motion.

4. Any party that objects to the validity of the Cure Amount as determined by the Debtor or otherwise assert that any other amounts, defaults, conditions or pecuniary losses must be cured or satisfied under any of the Potentially Assigned Agreements in order for such contract or lease to be assumed and assigned, must file an objection (the "Assumption/Assignment Objection") that (a) is in writing, (b) sets forth the specific monetary amount the objector asserts to be due, and the specific types of the alleged defaults, pecuniary losses, accrued amounts and conditions to assignment and the support therefor, (c) is filed with the Clerk of the Bankruptcy Court and (d) is served on (i) proposed counsel to the Debtor, Cooley LLP, 55 Hudson Yards, New York, NY 10001 (Attn: Cullen D. Speckhart (cspeckhart@cooley.com); Michael A. Klein (mklein@cooley.com), and Lauren A. Reichardt (lreichardt@cooley.com)); (ii) proposed co-counsel to the Debtor, Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, DE 19801 (Attn: Sean M. Beach (sbeach@ycst.com), Shane M. Reil (sreil@ycst.com), Catherine C. Lyons (clyons@ycst.com), and Heather P. Smillie (hsmillie@ycst.com)); (iii) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attn.: Richard L. Schepacarter (richard.schepacarter@usdoj.gov)); (iv) counsel to the Committee (collectively, the "Notice Parties") by no later than **4:00 p.m. (prevailing Eastern Time) on January 12, 2023** (the "Assumption/Assignment Objection Deadline").

5. The Debtor shall file a notice identifying the Successful Bidder with the Bankruptcy Court and serve such notice upon parties in interest by January 25, 2023, at 4:00 p.m. (prevailing Eastern Time). The deadline for objecting to the assignment of the Potentially Assigned Agreements to such Successful Bidder on the basis of adequate assurance of future performance ("Adequate Assurance Objections") shall be January 26, 2023, at 4:00 p.m. (prevailing Eastern Time) (the "Adequate Assurance Objection Deadline").

6. Unless an Assumption/Assignment Objection is timely and properly filed and served before the Assumption/Assignment Objection Deadline or an Adequate Assurance Objection is timely raised before the Adequate Assurance Objection Deadline, the non-debtor party to a Potentially Assigned Agreement shall (i) be forever barred from objecting to the Cure Amount and from asserting any additional cure or other amounts with respect to such Potentially Assigned Agreement, and the Debtor and the Successful Bidder(s) shall be entitled to rely solely upon the Cure Amount; (ii) be deemed to have consented to any assumption and assignment of such Potentially Assigned Agreement; and (iii) be forever barred and estopped from asserting or claiming against the Debtor or the Successful Bidder(s) that any additional amounts are due or other defaults exist, that conditions to assignment must be satisfied under such Potentially Assigned Agreement or that there is any objection or defense to the assumption and assignment of such Potentially Assigned Agreement.

7. Where a non-debtor counterparty to a Potentially Assigned Agreement timely and properly files an objection asserting a cure amount higher or different than the proposed Cure Amount, (the "Disputed Cure Amount"), then (y) the cure amount shall be as agreed between the parties or (z) to the extent the parties are unable to consensually resolve the dispute, then the amount to be paid under section 365 of the Bankruptcy Code with respect to such Disputed Cure Amount will be determined at the Assumption/Assignment Hearing, or at such other date and time as may be fixed by the Bankruptcy Court. All other objections to the proposed assumption and assignment

of a Potentially Assigned Agreement will be heard at the Sale Hearing, unless adjourned by agreement of the parties.

8. An Assumption/Assignment Objection shall not constitute an objection to the relief generally requested in the Bidding Procedures and Sale Motion. Parties wishing to otherwise object to the relief requested in the Sale Motion must file and serve a separate objection, stating with particularity such party's grounds for objection, on each of the Notice Parties listed above no later than **January 12, 2023 at 4:00 p.m. (prevailing Eastern Time)**.

9. If you agree with the Cure Amount indicated on **Schedule A**, and otherwise do not object to the Debtor's assignment of your lease or contract, you need not take any further action.

10. The Debtor's decision to assume and assign the Potentially Assigned Agreements is subject to Bankruptcy Court approval and consummation of the sale of the Assets.

**Inclusion of any document on the list of Potentially Assigned Agreements shall not constitute or be deemed to be a determination or admission by the Debtor or the Successful Bidder(s) that such document is, in fact, an executory contract or unexpired lease within the meaning of the Bankruptcy Code, and all rights with respect thereto are being expressly reserved.**

Dated: Wilmington, Delaware
December 29, 2022

*/s/ Shane M. Reil*
Sean M. Beach (No. 4070)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
Heather P. Smillie (No. 6923)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
sbeach@ycst.com
sreil@ycst.com
clyons@ycst.com
hsmillie@ycst.com

and

Cullen D. Speckhart (admitted *pro hac vice*)
Michael A. Klein (admitted *pro hac vice*)
Lauren A. Reichardt (admitted *pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Email: cspeckhart@cooley.com
mklein@cooley.com
lreichardt@cooley.com

*Proposed Counsel for the Debtor and Debtor in Possession*

# <u>Schedule A</u>

## LEASES

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 1 | Infortrend Corporation | 435 Lakeside Drive Sunnyvale CA 94085, United States | Sublease Agreement and Sublease Extension Agreement | $41,316.21 |

**EXECUTORY CONTRACTS**

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 1 | 8x8, Inc. | 675 Creekside Way, Campbell, CA 95008, United States | Communications provider | $0.00 |
| 2 | Adiuvo Engineering and Training, LTD | 1 Bunting Street, Newhall, UK Cm17 9Gn | Independent contractor agreement | $30,560.00 |
| 3 | Adobe Inc. | 345 Park Ave, San Jose, CA 95110, United States | Software provider | $0.00 |
| 4 | Advanced Micro Foundry Pte Ltd | 11 Science Park Road, Singapore, 117685 MY | Inventory supplier | $124,740.00 |
| 5 | Air Wave Electronics, Inc. | 7219 Deavers Run Court, Springfield, VA 22152-3506, United States | Inventory supplier | $0.00 |
| 6 | Arena Solutions, Inc. | PO Box 772612 Detroit, MI 48277-2612, United States | Software subscription | $43,067.71 |
| 7 | BSI.tv Inc. | 1054 Opal Street, Unit A, San Diego, CA 02109, United States | Independent contractor agreement | $24,000.00 |
| 8 | BusinessWire | 101 California Street, 20th Floor San Francisco, CA 94111, United States | Media provider | $0.00 |
| 9 | Cabrillo Advisor, Inc. | 8895 Towne Centre Dr. Suite 105-619, San Diego, CA 92122, United States | Consulting Agreement | $7,950.00 |
| 10 | Cabrillo Advisors LLC | 1200 Prospect Street, Suite 550, La Jolla, CA 92037, United States | Consulting Agreement | $0.00 |
| 11 | Canva Pty Ltd | 110 Kippax St, Surry Hills NSW 2010, Australia | Graphic design platform | $0.00 |
| 12 | Checkmate Productions, LLC | 1938 Ashley Ridge Road, Sandy, UT 84092, United States | Independent contractor agreement | $0.00 |
| 13 | Chronoptics Limited | 18 Mexted Place, Riverlea, Hamilton 3216, New Zealand | Statement of Work | $13,800.00 |

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 14 | Coherent NA, Inc. | 5100 Patrick Henry Drive, Santa Clara, CA 95054, United States | Equipment provider of energy meters | $615.00 |
| 15 | Comet Technologies USA Inc. | 2370 Bering Dr, San Jose, CA 95131, United States | Equipment provider | $234,931.80 |
| 16 | Continental Stock and Transfer | 1 State Street, 30th Floor, New York, NY 10004, United States | Exchange agent agreement | $6,774.19 |
| 17 | Cruatech LTD | Innovation Campus, 11 Old Finglas Rd, Glasnevin, Dublin, D11 KXN4, Ireland | Software integration project | $30,115.38 |
| 18 | Donnelley Financial Solutions, Inc. | 855 S. California Ave, Palo Alto, CA 94304, United States | Active disclosure | $248,023.35 |
| 19 | Effectus Group, LLC | 1735 Technology Dr #780, San Jose, CA 95110, United States | Professional services | $74,475.00 |
| 20 | Excelitas Canada Inc. | 22001 Dumberry Road, Vaudreuil-Dorion, J7V 8P7 CA | Inventory delivery and transporter | $113,514.53 |
| 21 | Expandable Software, Inc. | 1762 Technology Drive, Suite 118, San Jose, CA 95110, United States | Service Agreement | $18,101.42 |
| 22 | Expensify, Inc. | 88 Kearny St San Francisco, CA 94108, United States | Employee reimbursement platform | $0.00 |
| 23 | Fabrinet | 4900 Patrick Henry Drive, Santa Clara, CA 95054, United States | Volume Supply Agreement | $263,645.83 |
| 24 | FAME Corporate Branding | 1366 Lupine Way Farmington, UT 84025, United States | Independent contractor agreement | $0.00 |
| 25 | FedEx Corporation | 3975 Airways Blvd, Module-E Memphis TN 38116 United States | Outgoing freight | $15,792.11 |

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 26 | Force4 Technology Comm., LLC | 301 Clinton Street, Suite A, Santa Cruz, CA 95062, United States | Statement of Work | $6,656.73 |
| 27 | FunnelSource, Inc. | 100 Pine Street, Suite 1250, San Francisco, CA 94111, United States | Service Agreement | $0.00 |
| 28 | GoDaddy Inc. | 2155 E. GoDaddy Way, Tempe, AZ 85284, United States | Internet domain name | $0.00 |
| 29 | Google LLC | 1600 Amphitheatre Parkway, Mountain View, CA 94043, United States | Software provider | $0.00 |
| 30 | Grant Thornton LLP | 2555 Camelback Road, Suite 500, Phoenix, AZ 85016, United States | Engagement Letter | $284,550.00 |
| 31 | Hamamatsu Corporation | 360 Foothill Road PO Box 6910, Bridgewater, NJ 08807, United States | Inventory supplier | $39,900.00 |
| 32 | HubSpot, Inc. | 25 First St, Cambridge, MA 02141, United States | CRM software provider | $3,043.09 |
| 33 | ICR, LLC | 761 Main Avenue, Norwalk, CT 06851, United States | Strategic communications and advisory services | $64,932.26 |
| 34 | Intuit Inc. | 2632 Marine Way Mountain View, CA 94043, United States | Software provider | $0.00 |
| 35 | IOKSA LLC | 105 N 1st St, #429, San Jose, CA 95103, United States | Independent contractor agreement | $0.00 |
| 36 | iStock by Getty Images | Suite 313 - 1240 20th Ave SE Calgary, Alberta T2G 1M8, Canada | Stock image provider | $0.00 |
| 37 | Jennifer Rollins | Address on file | Independent contractor agreement | $0.00 |

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 38 | Kanui Communications | 272 S. Shoreline Blvd, Mountain View, CA 94041-1209, United States | Independent contractor agreement | $0.00 |
| 39 | Kollabra Consulting Inc. | 12760 Earhart Avenue, Auburn, CA 95602, United States | Service Agreement | $20,185.77 |
| 40 | LaunchSquad LLC | 116 New Montgomery Street, Suite 620, San Francisco, CA 94105 | Service Agreement | $0.00 |
| 41 | LearnUpon Limited | 1st Floor Ocean House Arran Quay, Dublin, D07 DHT3, Ireland | Training platform provider | $0.00 |
| 42 | MathWorks, Inc. | PO BOX 21301, New York, NY 10087-1301, United States | Software provider | $7,630.69 |
| 43 | Maxim Group LLC | 300 Park Ave, New York, NY 10022, United States | Engagement Letter | $0.00 |
| 44 | Milestone Systems | P.O. Box 740538, Los Angeles, CA 90074-0538, United States | Statement of Work | $0.00 |
| 45 | Minitab, LLC | 1829 Pine Hall Road State College, PA United States | Software provider | $224.92 |
| 46 | Moss Adams LLP | 635 Campbell Technology Parkway Campbell, CA 95008, United States | Professional services | $26,195.38 |
| 47 | Multiplier Technologies Pte. Ltd. | 14 Holland Grove Drive, Singapore 278 861 | Master Service Agreement | $0.00 |
| 48 | NewTabMarketing | 1295 West 75 North, Clearfield, UT 84015, United States | Independent contractor agreement | $0.00 |
| 49 | NingBo Yongxin Optics Co., LTD | No.385 Mingzhu road Hi-Tech Park Ningbo Ningbo,Zhejiang, 315040 CN | Inventory supplier | $27,890.40 |
| 50 | Pacific Office Automation | 5700 Stoneridge Drive, Suite 300, Pleasanton, CA 94588, United States | Service Agreement | $0.00 |

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 51 | Pearl Meyer & Partners | 461 5th Avenue, 19th Floor, New York, NY 10017, United States | Engagement Letter | $32,270.00 |
| 52 | Prudential Overall Supply | 1429 N. Milpitas Blvd, Milpitas, CA 95035, United States | Employee equipment provider | $1,911.49 |
| 53 | Rapport International, LLC | 93 Moore Road, Sudbury, MA 01776, United States | Independent contractor agreement | $0.00 |
| 54 | Regus Executive Serviced Office, LTD. | Shinagawa East One Tower 4F 2-16-1 Konan Minato-Ku, Tokyo 108-0075, Japan | Coworking space provider | $0.00 |
| 55 | Roth Staffing Companies, L.P. | 450 North State Collage Blvd., Orange, CA 92868, United States | Staffing agreement | $51,847.71 |
| 56 | Salesforce, Inc. | 415 Mission Street, 3rd Floor, San Francisco, CA 94105, United States | Service Agreement | $0.00 |
| 57 | Sanmina Corporation | 2700 North First Street, San Jose, CA 95134, United States | Manufacturing Services Agreement | $2,022,669.02 |
| 58 | Seipo Corporation | 5855 Cunningham Road, Houston, TX 77041, United States | Product Manufacturer | $65,491.10 |
| 59 | Sensata Technologies, Inc. | 2102 West Quail Avenue, Suite 2, Phoenix, AZ 85027, United States | Collaboration agreement | $0.00 |
| 60 | Sierra Circuits | 1108 West Evelyn Avenue Sunnyvale CA 94086, United States | Inventory Supply Service Order | $779,710.99 |
| 61 | Slack Technologies, LLC | 500 Howard St, San Francisco, CA 94105, United States | Software provider | $0.00 |
| 62 | Solium Plan Managers LLC | Suite 1500-600 3rd Ave SW, Calgary, Alberta T2P 0G5, Canada | Equity platform provider | $8,354.84 |

| # | Counterparty Name | Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 63 | Spanidea Systems LLC | 1525 McCarthy Blvd 1039, Milpitas, CA 95035, United States | Service Agreement | $206,000.00 |
| 64 | Susitronix, LLC | 327 E Alder Drive, Sedro Woolley, WA 98284, United States | Independent contractor agreement | $0.00 |
| 65 | Telus International | 4th floor, Indiqube Sigma, 3rd block, Koramangala, Bangalore, Karnataka, India - 560034 | Master Service Agreement | $25,000.00 |
| 66 | The Stark Collective, LLC | 15 Kulanihakoi St, Unit 16F, Kihei, HI 96753, United States | Marketing consulting agreement | $360.00 |
| 67 | TriNet | 1100 San Leandro Blvd., Suite 400, San Leandro, CA 94577, United States | Service Agreement | $0.00 |
| 68 | Triple Crown Consulting | 10814 Jollyville Rd., Building IV, Suite 100, Austin, TX 78759, United States | Master Service Agreement | $710,095.85 |
| 69 | TruAdvantage | 19550 Vallco Parkway, Suite 208, Cupertino, CA 95014, United States | Master Service Agreement | $34,024.28 |
| 70 | TSMC North America | 2851 Junction Avenue, San Jose, CA 95134, United States | Customization agreement | $0.00 |
| 71 | UPS Supply Chain Solutions, Inc. | 28013 Network Place Chicago, IL 60673-1280, United States | Incoming freight | $36,243.00 |
| 72 | Velodyne LiDAR, Inc. | 5521 Hellyer Avenue San Jose, CA 95138, United States | Patent Cross License Agreement | $0.00 |
| 73 | Zent Law Group PC | 1298 Kifer Rd #509, Sunnyvale, CA 94086, United States | Professional services | $39,987.50 |
| 74 | Zestek Electronics LLC | 309 Laurelwood Rd # 3, Santa Clara, CA 95054, United States | Product Manufacturer | $15,960.00 |
| 75 | Zoom Video Communications, Inc. | 55 Almaden Blvd, 6th Floor, San Jose, CA 95113, United States | Communications provider | $0.00 |