**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | |

## AFFIDAVIT OF SERVICE

I, Amanda Hinchey, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On December 29, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A** and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Order Authorizing Rejection of Certain Executory Contracts Effective as of the Petition Date** (Docket No. 78)

- **Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts** (Docket No. 79)

Furthermore, on December 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C** and via electronic mail on the service list attached hereto as **Exhibit D**:

- **Order Authorizing Rejection of Certain Executory Contracts Effective as of the Petition Date** (Docket No. 78)

[THIS SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The debtor's mailing address for purposes of this chapter 11 case is 433 Lakeside Drive, Sunnyvale, CA 94085.

Furthermore, on December 29, 2022, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit E** and via electronic mail on the service list attached hereto as **Exhibit F**:

- **Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts** (Docket No. 79)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced documents via electronic service.

Dated: January 4, 2023

Amanda Hinchey

State of Illinois    )
                     ) SS.
County of Cook       )

Subscribed and sworn before me this 4th day of January 2023 by Amanda Hinchey.

(Notary's official signature)

OFFICIAL SEAL
DOMINIC D MCEVERS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/07/2026

# <u>Exhibit A</u>



**Exhibit A**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|------|-----------|-----------|-----------|------|-------|-----|---------|
| Credit Suisse Securities (USA) LLC | | 7033 Louis Stephens Dr | | Raleigh | NC | 27560 | |
| Fabrinet | Attn: Colin R. Campbell | One Nexus Way | Camana Bay | Grand Cayman | | Ky-1-9005 | Cayman Islands |
| Hella Kgaa Hueck & Co | | W 2 Lippstadt | Beckumer Str. 130 | Lippstadt | | 59552 | Germany |
| Hitachi | | 535 Augustine Dr | | Santa Clara | CA | 95054 | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0039 | |
| Koito Manufacturing Co., Ltd | Attn: Mr. Yusuke Kasaba | 500 Kitawaki, Shimizu-Ku | | Shizuoka-Shi | Shizuoka-Ku | 424-8764 | Japan |
| Mando Corporation | Attn: Seong Il-mo | 21, Pangyo-Ro 255 Beon-Gil | Bundang-Gu, Seongnam-Si | Gyeonggi-Do | | 13486 | South Korea |
| Regeinov | c/o Groupe Renault | 1215 Bordeaux Drive | | Sunnyvale | CA | 94089 | |
| Sierra Circuits | Attn: Ken Bahl | 1108 West Evelyn Avenue | | Sunnyvale | CA | 94086 | |
| TRW | | 24175 Research Dr | | Farmington Hills | MI | 48335 | |

# **<u>Exhibit B</u>**

# STRETTO

**Exhibit B**

Served Via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Advanced Micro Foundry Pte LTD | | oongq@advmf.com |
| Alvarez & Marsal Holdings, LLC | Attn: Ramin Tabibzadeh | rtabibzadeh@alvarezandmarsal.com |
| Alvarez & Marsal Holdings, LLC | Attn: Will Greene | wgreene@alvarezandmarsal.com |
| Arena Solutions, Inc | | llear@ptc.com |
| Armanino LLP | Attn: Heather Moore | justine.cannon@armaninoLLP.com |
| Bosch Security Systems LLC | Attn: John Wekenborg | security.marketing@us.bosch.com |
| Cadence Design Systems, Inc. | | ajeff@cadence.com<br>wendy@cadence.com |
| CITIC Capital Acquisition Corp | | eterskin@citiccapital.com |
| Comet Technologies USA Inc. | | yxlon@yxlon.com<br>Alex.Geiger@yxlon.com |
| Credit Suisse Securities (USA) LLC | | sebastian.barleben@credit-suisse.com |
| Excelitas Canada Inc. | Attn: Paul Igoe | paul.igoe@excelitas.com |
| Global Emerging Markets Group | | mlhom@gemny.com |
| Global Emerging Markets Group | Attn: Jonathan Collins | mlhom@gemny.com |
| Grant Thornton LLP | Attn: David Gifford | david.gifford@us.gt.com |
| Infortrend Corporation | Attn: Tony Chu | tony.chu@infortrend.com<br>sales.us@infortrend.com |
| Office of The U.S. Trustee | For The District of Delaware | richard.schepacarter@usdoj.gov<br>USTPRegion03.WL.ECF@USDOJ.GOV |
| Quanergy Systems, Inc. | c/o Cooley LLP | mklein@cooley.com<br>efiling-notice@ecf.pacerpro.com<br>efilingnotice@cooley.com |
| Quanergy Systems, Inc. | c/o Cooley LLP | ewhite@cooley.com<br>efilingnotice@cooley.com<br>efiling-notice@ecf.pacerpro.com<br>lreichardt@cooley.com |
| Rand Technology | Attn: Andrea Klein, Tawnie Bassett-Parkins | sales@randtech.com<br>Info@randtech.com<br>tawnie.bassett-parkins@randtech.com |
| Reliable Companies | | gmatthews@reliable-co.com |
| Roth Staffing Companies, L.P. | Attn: Buddy Mason | bmason@rothstaffing.com |
| Sabby Volatility Warrant Master Fund, Ltd. | Attn: Jonathan T. Koevary | wlancaster@olshanlaw.com<br>MRaab@olshanlaw.com<br>jkoevary@olshanlaw.com |
| Sanmina Corporation | Attn: Jure Sola; Buck Rodgers; Dave Rodgers | buck.rodgers@sanmina.com<br>jure.sola@sanmina.com |
| Securities & Exchange Commission | New York Regional Office | NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission | Secretary of The Treasury | DCAOLetters@sec.gov |
| Seipo Corporation | | wendy.xiong@seipo.com |



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | usa@spanidea.com<br>bchoudhary@spanidea.com |
| Triple Crown Consulting LLC | Attn: David Smith; Sarah Fletcher | sarah@tripleco.com |
| United States Attorney's Office | For The District of Delaware | usade.press@usdoj.gov |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | lidar@velodyne.com<br>mweinswig@velodyne.com |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | joel.rubinstein@whitecase.com<br>elenamaria.mellerman@whitecase.com |

# Exhibit C



**Exhibit C**
Served Via First-Class Mail

| Name | Attention | Address 1 | City | State | Zip |
|---|---|---|---|---|---|
| Akshaya Sharma | | Address on File | | | |
| Alfred Riddle | | Address on File | | | |
| Alvarez & Marsal Holdings, LLC | Attn: Ramin Tabibzadeh | 2029 Century Park E | Los Angeles | CA | 90067 |
| Armanino LLP | | 50 W. San Fernando Street, Suite 600 | San Jose | CA | 95113 |
| Bradley James Sherrard | | Address on File | | | |
| Bradley James Sherrard [Brad Sherrard] | | Address on File | | | |
| Cadence Design Systems | | 7033 Louis Stephens Drive | Raleigh | NC | 27560 |
| Chris Hopkins | | Address on File | | | |
| Credit Suisse Securities (USA) LLC | | 1411 Broadway, 23rd Floor | New York | NY | 10018 |
| Edward & Eva Brown | | Address on File | | | |
| Herman M Esguerra | | Address on File | | | |
| Huu-Chuong (David) Le | | Address on File | | | |
| Jaswant Rai | | Address on File | | | |
| Jerry Allison | | Address on File | | | |
| Junichiro Fujita | | Address on File | | | |
| Kevin J Kennedy | | Address on File | | | |
| Kevin John Kennedy | | Address on File | | | |
| Kishor Kumar Ravula | | Address on File | | | |
| Lijing Zhang | | Address on File | | | |
| Oleksandr Zhuromskyy | | Address on File | | | |
| Participating Employees | | 433 Lakeside Drive | Sunnyvale | CA | 94085 |
| Patrick Archambault | | Address on File | | | |
| Peter J Iles | | Address on File | | | |
| Rajpal Bhullar | | Address on File | | | |
| Ross Taylor | | Address on File | | | |
| Stanley T Lau | | Address on File | | | |
| Uzma Hassan | | Address on File | | | |
| Vincenzo Signore | | Address on File | | | |
| Vincenzo Signore | | Address on File | | | |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | 1221 Avenue of Americas | New York | NY | 10020-1095 |
| Withum Smith + Brown | | 1411 Broadway, 23rd Floor | New York | NY | 10018 |
| Yan Wang | | Address on File | | | |

# **Exhibit D**

# STRETTO

**Exhibit D**

Served Via Electronic Mail

| Name | Attention 1 | Email |
|------|-------------|-------|
| Akshaya Sharma | | Address on File |
| Alfred Riddle | | Address on File |
| Bradley James Sherrard [Brad Sherrard] | | Address on File |
| Chris Hopkins | | Address on File |
| Edward & Eva Brown | | Address on File |
| Herman M Esguerra | | Address on File |
| Huu-Chuong (David) Le | | Address on File |
| Jaswant Rai | | Address on File |
| Jerry Allison | | Address on File |
| Kevin John Kennedy | | Address on File |
| Kishor Kumar Ravula | | Address on File |
| Lijing Zhang | | Address on File |
| Oleksandr Zhuromskyy | | Address on File |
| Peter J Iles | | Address on File |
| Rajpal Bhullar | | Address on File |
| Ross Taylor | | Address on File |
| Stanley T Lau | | Address on File |
| Uzma Hassan | | Address on File |
| Vincenzo Signore | | Address on File |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | joel.rubinstein@whitecase.com elenamaria.mellerman@whitecase.com |
| Yan Wang | | Address on File |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (CTG)

# **Exhibit E**



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| 8X8 Inc | | 675 Creekside Way | | | Campbell | CA | 95008 | |
| Adiuvo Engineering & Training, Ltd. | Attn: Adam Taylor | 1 Bunting Street | | | Newhall | | CM17 9GN | United Kingdom |
| Adobe | | 345 Park Ave | | | San Jose | CA | 95110-2704 | |
| Advanced Micro Foundry Pte LTD | | 11 Science Park Road | | | Singapore | | 117685 | Singapore |
| Air Wave Electronics, Inc. | | 7219 Deavers Run Court | | | Springfield | VA | 22152 | |
| Alvarez & Marsal Holdings, LLC | Attn: Ramin Tabibzadeh | 2029 Century Park E | | | Los Angeles | CA | 90067 | |
| Alvarez & Marsal Holdings, LLC | Attn: Will Greene | 700 Louisiana Street | Suite 3300 | | Houston | TX | 77002 | |
| Arena Solutions, Inc | | 121 Seaport Boulevard | | | Boston | MA | 02210 | |
| Armanino LLP | Attn: Heather Moore | 12657 Alcosta Blvd. | Suite 500 | | San Ramon | CA | 94583 | |
| Bosch Security Systems LLC | Attn: John Wekenborg | 2216 Abbey Rd | | | Cape Girardeau | MO | 63701 | |
| Bsi.Tv, Inc | | 1054 Opal Street | Unit A | | San Diego | CA | 92109 | |
| BusinessWire | | 101 California Street, 20th Floor | | | San Francisco | CA | 94111 | |
| Cabrillo Advisor, Inc | | 8895 Towne Centre Dr. | Suite 105-619 | | San Diego | CA | 92122 | |
| Cabrillo Advisors LLC | | 1200 Prospect Street | Suite 550 | | La Jolla | CA | 92037 | |
| Cadence Design Systems, Inc. | | PO Box 202769 | | | Dallas | TX | 75320 | |
| Canva Pty Ltd | | 110 Kippax St | | | Surry Hills | NSW | 2010 | Australia |
| Checkmate Production Inc. | | 1938 Ashley Ridge Road | | | Sandy | UT | 84092 | |
| Chronoptics Limited | | 18 Mexted Place, Riverlea | | | Hamilton | | 3216 | New Zealand |
| CITIC Capital Acquisition Corp | | 9/F East Tower Genesis | Beijing No 8 Xinyuan S Rd | Chaoyang District | Beijing | | 100027 | China |
| Coherent NA, Inc. | | 5100 Patrick Henry Drive | | | Santa Clara | CA | 95054 | |
| Comet Technologies USA Inc. | | 5675 Hudson Industrial Parkway | | | Hudson | OH | 44236 | |
| Comet Technologies USA Inc. | | 2370 Bering Dr | | | San Jose | CA | 95131 | |
| Continental Stock Transfer & Trust Company | | One State Street Plaza, 30th Floor | | | New York | NY | 10004 | |
| Credit Suisse Securities (USA) LLC | | 11 Madison Avenue | | | New York | NY | 10010 | |
| Cruatech LTD | Innovation Campus | 11 Old Finglas Rd | Glasnevin | | Dublin | D11 | KXN4 | Ireland |
| Donnelley (DFIN) | | 855 S. California Ave | | | Palo Alto | CA | 94304 | |
| Edward & Eva Brown | | Address on File | | | | | | |
| Effectus Group LLC | | 1735 Technology Dr, Suite 780 | | | San Jose | CA | 95110 | |
| Excelitas Canada Inc. | Attn: Paul Igoe | 22001 Dumberry Road | | | Vaudreuil-Dorion | QC | J7V 8P7 | Canada |
| Expandable Software, Inc. | | 1762 Technology Drive | Suite 118 | | San Jose | CA | 95110 | |
| Expensify, Inc. | | 88 Kearny St | | | San Francisco | CA | 94108 | |
| Fabrinet West | | 4900 Patrick Henry Drive | | | Santa Clara | CA | 95054 | |
| FAME Global | | 1366 Lupine Way | | | Farmington | UT | 84025 | |
| Fedex | Attn: Chad Clouse | 3975 Airways Blvd, Module-E. | | | Memphis | TN | 38116 | |
| Force4 Technology Comm., LLC | | 301 Clinton Street, Suite A | | | Santa Cruz | CA | 95062 | |
| FunnelSource, Inc. | | 100 Pine Street, Suite 1250 | | | San Francisco | CA | 94111 | |
| Global Emerging Markets Group | | 9 West 57th Street | 49th Floor | | New York | NY | 10019 | |
| Global Emerging Markets Group | Attn: Jonathan Collins | 390 Park Avenue | 7th Floor | | New York | NY | 10019 | |
| GoDaddy Inc. | | 2155 E. GoDaddy Way | | | Tempe | AZ | 85284 | |
| Google Inc. | | 1600 Amphitheatre Pkwy | | | Mountain View | CA | 94043 | |
| Grant Thornton | | 2555 Camelback Road | Suite 500 | | Phoenix | AZ | 85016 | |
| Grant Thornton LLP | Attn: David Gifford | 171 N. Clark Street | Suite 200 | | Chicago | IL | 60601 | |
| Hamamatsu Corporation | | 360 Foothill Road | Po Box 6910 | | Bridgewater | NJ | 08807 | |
| Hubspot, Inc | | 25 First Street | | | Cambridge | MA | 02141 | |
| Icr, LLC | | 761 Main Avenue | | | Norwalk | CT | 06851 | |
| Infortrend Corporation | Attn: Tony Chu | 435 Lakeside Drive | | | Sunnyvale | CA | 94085 | |
| Intuit Inc. | | 2632 Marine Way | | | Mountain View | CA | 94043 | |
| Ioksa LLC | Attn: Oksana Riabichko | 105 North 1St Street #429 | | | San Jose | CA | 95103 | |
| iStock by Getty Images | | 1240 20th Ave SE | Suite 313 - | | Calgary | AB | T2G 1M8 | Canada |
| Jennifer Rollins | | Address on File | | | | | | |
| Kanui Communications | | 272 S. Shoreline Blvd | | | Mountain View | CA | 94041-1209 | |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (CTG)



**Exhibit E**
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Kollabra | Attn: Robb Moore | 12760 Earhart Avenue | | | Auburn | CA | 95602 | |
| LaunchSquad | | 116 New Montgomery Street, Suite 620 | | | San Francisco | CA | 94105 | |
| Learnupon Limited | | First Floor Ocean House | Arran Quay | | Dublin | | D07 DHT3 | Ireland |
| Maxim Group LLC | | 300 Park Ave. | | | New York | NY | 10022 | |
| Milestone Systems | | PO Box 740538 | | | Los Angeles | CA | 90074-0538 | |
| Minitab LLC | | 1829 Pine Hal Road | | | State College | PA | 16802-3210 | |
| Moss Adams LLP | | 635 Campbell Technology Parkway | | | Campbell | CA | 95008 | |
| Multiplier Technologies Pte. Ltd. | | 14 Holland Grove Drive | | | Singapore | | 278 861 | Singapore |
| NewTabMarketing | | 1295 West 75 North | | | Clearfield | UT | 84015 | |
| Ningbo Yongxin Optics Co., Ltd. | | No.385 Mingzhu Road, Hi-Tech | Park | | Ningbo | | 315040 | China |
| Office of The U.S. Trustee | For The District of Delaware | 844 N King St #2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Pacific Office Automation | | 5700 Stoneridge Drive | Suite 300 | | Pleasanton | CA | 94588 | |
| Pearl Meyer & Partners | | 461 5th Avenue, 19th Floor | | | New York | NY | 10017 | |
| Prudential Overall Supply | | 1429 N. Milpitas Blvd | | | Milpitas | CA | 95035 | |
| Rand Technology | Attn: Andrea Klein, Tawnie Bassett-Parkins | 15225 Alton Parkway | Suite 100 | | Irvine | CA | 92618-2351 | |
| Rapport International | Attn: Wendy M. Pease | 93 Moore Road | | | Sudbury | MA | 01776 | |
| Regus | | Shinagawa East One Tower 4F | 2-16-1 Konan | Minato-Ku | Tokyo | | 108-0075 | Japan |
| Roth Staffing Companies, L.P. | Attn: Buddy Mason | 450 North State Collage Blvd. | | | Orange | CA | 92868 | |
| Salesforce, Inc | | 415 Mission Street, 3rd Floor | | | San Francisco | CA | 94105 | |
| Sanmina Corporation | Attn: Jure Sola; Buck Rodgers; Dave Rodgers | 2700 North First Street | | | San Jose | CA | 95134 | |
| Securities & Exchange Commission | New York Regional Office | Attn: Andrew Calamari, Regional Director | Brookfield Place | 200 Vesey Street, Suite 400 | New York | NY | 10281-1022 | |
| Securities & Exchange Commission | Secretary of The Treasury | 100 F Street, NE | | | Washington | DC | 20549 | |
| Seipo Corporation | | 5855 Cunningham Road | | | Houston | TX | 77041-5855 | |
| Sensata Technologies | | 2102 West Quail Avenue | Suite 2 | | Phoenix | AZ | 85027 | |
| Slack Technologies Inc. | | 500 Howard Street | | | San Francisco | CA | 94105 | |
| Solium Plan Managers LLC | | 600 3rd Ave SW | Suite 1500 | | Calgary | AB | T2P 0G5 | Canada |
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | 1525 Mccarthy Blvd Suite 1039 | | | Milpitas | CA | 95035 | |
| Susitronix, LLC | | 327 E Alder Drive | | | Sedro Woolley | WA | 98284 | |
| Telus International | | Indiqube Sigma, 3rd block | 4th floor | Koramangala, Bangalore | Karnataka | | 560034 | India |
| The Mathworks, Inc | | PO Box 21301 | | | New York | NY | 10087-1301 | |
| The Stark Collective | | 15 Kulanihakoi St | Unit 16F | | Kihei | HI | 96753 | |
| Trinet | | 1100 San Leandro Blvd. | Suite 400 | | San Leandro | CA | 94577 | |
| Triple Crown Consulting LLC | Attn: David Smith; Sarah Fletcher | 10814 Jollyville Road | Building Iv, Suite 100 | | Austin | TX | 78759 | |
| Truadvantage | | 19550 Vallco Parkway | Suite 208 | | Cupertino | CA | 95014 | |
| TSMC North America | | 2851 Junction Avenue | | | San Jose | CA | 95134 | |
| United States Attorney's Office | For The District of Delaware | 1313 N Market Street | | | Wilmington | DE | 19801 | |
| UPS Supply Chain Solutions, Inc. | | 28013 Network Place | | | Chicago | IL | 60673-1280 | |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | 5521 Hellyer Ave | | | San Jose | CA | 95138 | |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | 1221 Avenue of Americas | | | New York | NY | 10020-1095 | |
| Zentlaw | | 1298 Kifer Road | Suite 509 | | Sunnyvale | CA | 94806 | |
| Zestek Electronics LLC | | 309 Laurelwood Road #3 | | | Santa Clara | CA | 95054 | |
| Zoom Video Communications Inc. | | 55 Almaden Blvd, 6Th Floor | | | San Jose | CA | 95113 | |

# Exhibit F

**STRETTO**

**Exhibit F**
Served Via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Adiuvo Engineering & Training, Ltd. | Attn: Adam Taylor | adam@adiuvoengineering.com |
| Advanced Micro Foundry Pte LTD | | oongq@advmf.com |
| Advanced Micro Foundry Pte LTD | | oongq@advmf.com |
| Alvarez & Marsal Holdings, LLC | Attn: Ramin Tabibzadeh | rtabibzadeh@alvarezandmarsal.com |
| Alvarez & Marsal Holdings, LLC | Attn: Will Greene | wgreene@alvarezandmarsal.com |
| Arena Solutions, Inc | | llear@ptc.com |
| Armanino LLP | Attn: Heather Moore | justine.cannon@armaninoLLP.com |
| Bosch Security Systems LLC | Attn: John Wekenborg | security.marketing@us.bosch.com |
| Cadence Design Systems, Inc. | | ajeff@cadence.com<br>wendy@cadence.com |
| CITIC Capital Acquisition Corp | | eterskin@citiccapital.com |
| Comet Technologies USA Inc. | | yxlon@yxlon.com<br>Alex.Geiger@yxlon.com |
| Credit Suisse Securities (USA) LLC | | sebastian.barleben@credit-suisse.com |
| Edward & Eva Brown | | Address on File |
| Effectus Group LLC | | billings@effectusgroup.com |
| Excelitas Canada Inc. | Attn: Paul Igoe | paul.igoe@excelitas.com |
| Excelitas Canada Inc. | Attn: Paul Igoe | paul.igoe@excelitas.com |
| Global Emerging Markets Group | | mlhom@gemny.com |
| Global Emerging Markets Group | Attn: Jonathan Collins | mlhom@gemny.com |
| Grant Thornton LLP | Attn: David Gifford | david.gifford@us.gt.com |
| Infortrend Corporation | Attn: Tony Chu | tony.chu@infortrend.com<br>sales.us@infortrend.com |
| Infortrend Corporation | Attn: Tony Chu | tony.chu@infortrend.com<br>sales.us@infortrend.com |
| Maxim Group LLC | | tkunga@maximgrp.com |
| Office of The U.S. Trustee | For The District of Delaware | richard.schepacarter@usdoj.gov<br>USTPRegion03.WL.ECF@USDOJ.GOV |
| Quanergy Systems, Inc. | c/o Cooley LLP | mklein@cooley.com<br>efiling-notice@ecf.pacerpro.com<br>efilingnotice@cooley.com |
| Quanergy Systems, Inc. | c/o Cooley LLP | ewhite@cooley.com<br>efilingnotice@cooley.com<br>efiling-notice@ecf.pacerpro.com<br>lreichardt@cooley.com |
| Quanergy Systems, Inc. | c/o Young Conaway Stargatt & Taylor, LLP | bankfilings@ycst.com |
| Rand Technology | Attn: Andrea Klein, Tawnie Bassett-Parkins | sales@randtech.com<br>Info@randtech.com<br>tawnie.bassett-parkins@randtech.com |

![STRETTO]

**Exhibit F**
Served Via Electronic Mail

| Name | Attention 1 | Email |
|---|---|---|
| Reliable Companies | | gmatthews@reliable-co.com |
| Roth Staffing Companies, L.P. | Attn: Buddy Mason | bmason@rothstaffing.com |
| Roth Staffing Companies, L.P. | Attn: Buddy Mason | bmason@rothstaffing.com |
| Sabby Volatility Warrant Master Fund, Ltd. | Attn: Jonathan T. Koevary | wlancaster@olshanlaw.com<br>MRaab@olshanlaw.com<br>jkoevary@olshanlaw.com |
| Sanmina Corporation | Attn: Jure Sola; Buck Rodgers; Dave Rodgers | buck.rodgers@sanmina.com<br>jure.sola@sanmina.com |
| Sanmina Corporation | Attn: Jure Sola; Buck Rodgers; Dave Rodgers | buck.rodgers@sanmina.com<br>jure.sola@sanmina.com |
| Securities & Exchange Commission | New York Regional Office | NYROBankruptcy@SEC.GOV |
| Securities & Exchange Commission | Secretary of The Treasury | DCAOLetters@sec.gov |
| Seipo Corporation | | wendy.xiong@seipo.com |
| Seipo Corporation | | wendy.xiong@seipo.com |
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | usa@spanidea.com<br>bchoudhary@spanidea.com |
| Spanidea Systems LLC | Attn: Bhagirath Choudhary | usa@spanidea.com<br>bchoudhary@spanidea.com |
| Triple Crown Consulting LLC | Attn: David Smith; Sarah Fletcher | sarah@tripleco.com |
| Triple Crown Consulting LLC | Attn: David Smith; Sarah Fletcher | sarah@tripleco.com |
| United States Attorney's Office | For The District of Delaware | usade.press@usdoj.gov |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | lidar@velodyne.com<br>mweinswig@velodyne.com |
| Velodyne LiDAR USA Inc. | Office of the General Counsel | lidar@velodyne.com<br>mweinswig@velodyne.com |
| White & Case LLP | Attn: Joel Rubinstein, Elena Millerman | joel.rubinstein@whitecase.com<br>elenamaria.mellerman@whitecase.com |

In re: Quanergy Systems, Inc.
Case Number: 22-11305 (CTG)