**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | |

## STATEMENT OF FINANCIAL AFFAIRS FOR QUANERGY SYSTEMS, INC. (CASE NO. 22-11305)

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845).  The debtor's mailing address for purposes of this chapter 11 case is 433 Lakeside Drive, Sunnyvale, CA 94085.

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| QUANERGY SYSTEMS, INC.,[1] | Case No. 22-11305 (CTG) |
| Debtor. | |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Quanergy Systems, Inc., as debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case (the "Chapter 11 Case"), is filing its Schedules of Assets and Liabilities (collectively, the "Schedules") and Statements of Financial Affairs (collectively, the "Statements," and together with the Schedules, collectively, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtor, with the assistance of its professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and compose an integral part of, the Schedules and Statements. The Global Notes should be referred to as part of, and reviewed in connection with, the Schedules and Statements.[2]

The Schedules and Statements have been prepared based on information provided by the Debtor's management and employees and are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtor relied on financial data derived from its books and records that was available at the time of preparation. The Debtor has used commercially reasonable efforts to ensure the accuracy and completeness of such information and data; however, subsequent information, data, or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions, or inaccuracies may exist. The Debtor and its estate

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The Debtor's mailing address for purposes of the Chapter 11 Case is 433 Lakeside Drive, Sunnyvale, CA 94085.

[2] The Global Notes are in addition to any specific notes that may be contained in each of the Schedules or Statements. The fact that the Debtor has prepared a general note herein with respect to any of the Schedules and Statements and not to others should not be interpreted as a decision by the Debtor to exclude the applicability of such general note to the Debtor's remaining Schedules and Statements, as appropriate.

reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

**Reservation of Rights**.  Nothing contained in the Schedules and Statements or the Global Notes shall constitute a waiver of any rights of the Debtor or its estate or an admission with respect to the Chapter 11 Case, including, but not limited to, any issues involving objections to claims, setoff or recoupment, equitable subordination or recharacterization of debt, defenses, characterization or re-characterization of contracts, leases and claims, assumption or rejection of contracts and leases and/or causes of action arising under the Bankruptcy Code or any other applicable laws.

**Description of the Case and "as of" Information Date**.  On December 13, 2022 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is authorized to continue to manage its financial affairs as a debtor in possession.  Except for (i) Schedule A/B, Part 1, which is listed as of December 18, 2022, and (ii) Schedule A/B, Parts 5, 7, and 9, which are listed as of November 30, 2022, and unless otherwise indicated herein or in the Schedules and Statements, all financial information for the Debtor in the Schedules and Statements and the Global Notes is provided as of the Petition Date or as close to the Petition Date as reasonably practicable under the circumstances.

**Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP"), nor are they intended to fully reconcile to any financial statements prepared by the Debtor.

**Recharacterization**.  Notwithstanding the Debtor's commercially reasonable efforts to properly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor may nevertheless seek to recharacterize, reclassify, recategorize, redesignate, add, delete, or otherwise amend items included in the Schedules and Statements, and the Debtor and its estate reserve all rights in this regard.

**Accounts Payable and Disbursement System**.  The Debtor maintains a cash management system (the "Cash Management System") to collect and disburse funds in the ordinary course.  A more complete description of the Cash Management System is set forth in the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing Use of Cash Management System; (II) Authorizing Use of Prepetition Bank Accounts and Certain Payment Methods; (III) Waiving the Requirements of 11 U.S.C. § 345(b) on an Interim Basis; and (IV) Granting Related Relief* (the "Cash Management Motion") [Docket No. 7] filed on the Petition Date. The Court entered an order granting the relief requested in the Cash Management Motion on an interim basis on December 14, 2022 [Docket No. 39].

**Insiders**.  For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) current or former directors, officers or persons in control of the Debtor; (b) relatives of current or former directors, officers, or persons in control of the Debtor; (c) a partnership in which the Debtor is a general partner; or (d) an affiliate of the Debtor.  Except as otherwise disclosed herein or in the Statements, payments to insiders listed in

(a) through (d) above are set forth on Statement 4. Persons listed as "insiders" have been included for informational purposes only, and such listing is not intended to be, nor should it be construed as, a legal characterization of such person as an insider, nor does it serve as an admission of any fact, claim, right or defense, and all such claims, rights, and defenses with respect thereto are hereby expressly reserved. Further, the Debtor and its estate do not take any position with respect to: (a) any such person's influence over the control of the Debtor, (b) the management responsibilities or functions of any such individual; (c) the decision-making or corporate authority of any such individual; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including, without limitation, the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Summary of Significant Reporting Policies**. The following is a summary of certain significant reporting policies:

a. **Current Market Value – Net Book Value**. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtor to obtain current market valuations for all estate assets. Accordingly, unless otherwise indicated herein or in the Schedules and Statements, the Schedules and Statements reflect the net book values, rather than current market values, of the Debtor's assets as of the Petition Date (unless another date is indicated herein or in the Schedules and Statements), and may not reflect the net realizable value.

b. **First Day Orders**. Pursuant to various "first day" orders and any supplements or amendments to such orders entered by the Court (collectively, the "First Day Orders"), the Debtor and its estate are authorized to pay certain prepetition claims, including, without limitation, certain claims relating to employee wages and benefits, claims for taxes and fees, and claims related to customer programs. Accordingly, to the extent certain prepetition claims were paid pursuant to the relief granted by the First Day Orders, such claims have been omitted from the Schedules and Statements. Additionally, certain claims on the Schedules and Statements may have been, or may in the future be, satisfied pursuant to the First Day Orders.

c. **Setoffs**. To the extent the Debtor has incurred or effectuated any ordinary course setoffs with third parties (including, without limitation, customers and vendors) prior to the Petition Date, or is subject to the occurrence of, or maintain the right to effectuate, ordinary course setoffs on account of activities occurring prior to the Petition Date, claims of creditors listed may not reflect all such setoffs. The Debtor and its estate reserve all rights with respect to any such setoffs.

d. **Credits and Adjustments**. Claims of creditors are listed in the amounts entered on the Debtor's books and records, and may not reflect all credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor and its estate reserve all rights with regard to any such credits, allowances and other adjustments, including, without limitation, the right to assert claims, objections, setoffs and recoupments with respect to the same.

e. **Leases**.  The Debtor may lease certain equipment or non-residential real property from certain third-party lessors for use in the ordinary course of its business.  Nothing in the Schedules and Statements is, or shall be construed as, an admission as to the determination of the legal status of any lease (including, without limitation, whether any lease is a true lease or a financing arrangement, and whether such lease is unexpired), and the Debtor and its estate reserve all rights with respect to such issues.

f. **Executory Contracts and Unexpired Leases**.  The Debtor has not set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate.  Rather, executory contracts and unexpired leases have been set forth solely on Schedule G.  The Debtor's rejection of executory contracts and unexpired leases may result in the assertion of rejection damages claims against the Debtor and its estate; however, the Schedules and Statements do not reflect any claims for rejection damages. The Debtor and its estate reserve all rights with respect to the assertion of any such claims.  In addition, the Debtor has not included on Schedule G executory contracts and unexpired leases that were listed on Schedules 1 and 2 to that certain *Debtor's First Omnibus Motion for Entry of an Order Authorizing Rejection of Certain Executory Contracts Effective as of the Petition Date* [Docket No. 24].

**Unknown or Undetermined Amounts**.  Where a description of an amount is left blank or listed as "unknown" or "undetermined," such response is not intended to reflect upon the materiality of such amount.

**Liabilities**.  The Debtor has sought to allocate liabilities between the prepetition and postpetition periods based on the information available at the time of filing the Schedules and Statements.  If additional information becomes available or further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtor and its estate reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of any claims under section 503(b)(9) of the Bankruptcy Code.  Accordingly, the Debtor and its estate reserve all rights to dispute or challenge the validity of any claims asserted under section 503(b)(9) of the Bankruptcy Code, or the characterization of the structure of any transaction, document or instrument related to such claim.

**Estimates**.  In the course of preparing the Schedules and Statements, the Debtor was required to make certain estimates and assumptions that affect the reported amounts of assets and liabilities and reported revenue and expenses.  The Debtor and its estate reserve all rights to amend the reported amounts of assets, liabilities, revenue, and expenses to reflect changes in those estimates and assumptions.

**Classifications**.  Listing a claim (a) on Schedule D as "secured," (b) on Schedule E/F as "unsecured priority," or "unsecured non-priority," or (c) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor and its estate of the

legal rights of any claimant, or a waiver of the rights of the Debtor and its estate to amend the Schedules and Statements to recharacterize or reclassify any claim or contract.

**Claims Description**.  The Debtor and its estate reserve all rights to dispute, and to assert any offsets or defenses to, any claim reflected on the applicable Schedule on any grounds, including, without limitation, amount, liability, validity, priority or classification, and to subsequently designate any claim as "disputed," "contingent," or "unliquidated."

**Guaranties and Other Secondary Liability Claims**.  Guaranties and other secondary liability claims (collectively, the "Guaranties") with respect to the Debtor's contracts and leases may not be included on Schedule H; however, certain Guaranties embedded in the Debtor's executory contracts, unexpired leases, secured financings, and similar agreements may exist.  Therefore, the Debtor and its estate reserve all rights to amend the Schedules to the extent additional Guaranties are identified.

## NOTES FOR SCHEDULES

**Schedule A/B—Assets—Real and Personal Property.**  Despite its commercially reasonable efforts to identify all known assets, the Debtor may not have listed all of its respective causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.  The Debtor and its estate reserve all rights with respect to any claims and causes of action that they may have, and neither the Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims and causes of action, or in any way prejudice, impair or otherwise affect the assertion of such claims and causes of action.

Patents, trademarks, and other intellectual property are listed on Schedule B, Part 10 as an unknown or undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the net book value.

Any leasehold improvements and equipment identified on Schedule B, Part 8 are listed net of any depreciation.

As applicable, ownership interests in businesses, partnerships, and joint ventures (including any subsidiaries) have been listed in Schedule B, Part 4, at net book value.  The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from the listed net book value.

With respect to Schedule A/B, question 72, the Debtor is not currently owed any tax refunds.  With respect to net operating loss carryforwards ("NOLs"), as set forth in the *Debtor's Motion for Interim and Final Orders, Pursuant to Sections 105(a), 362(a)(3) and 541 of the Bankruptcy Code and Bankruptcy Rule 3001, Establishing Notice and Hearing Procedures for Trading in, or Certain Claims of Worthlessness With Respect to, Equity Securities in Quanergy Systems, Inc.* [Docket No. 8], the Debtor is currently uncertain as to the precise amount and so has listed the same as "undetermined."  The Debtor believes the Business Combination (as defined in the First

Day Declaration) may have caused an "ownership change" under Section 382 of the Internal Revenue Code (as defined below). In addition, and also as discussed in the First Day Declaration, the Debtor had significant stock issuances in May 2022, August 2022, and, most recently, in November 2022, which may have triggered an ownership change, but the analyses have not yet been completed by the Debtor's advisors.

**Schedule D—Creditors Holding Secured Claims.** Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtor and its estate reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of creditors as secured claims for informational purposes, no current valuation of the Debtor's assets in which such creditors may have a lien has been undertaken. Except as otherwise agreed pursuant to a stipulation, agreed order, or general order entered by the Court that is or becomes final, the Debtor and its estate reserve all rights to dispute or challenge the secured nature of any such claim or the characterization of the structure of any transaction, document or instrument related to any such claim. The descriptions provided in Schedule D are intended only to be a summary.

The Debtor has not included on Schedule D all parties that may believe their claims are secured through setoff rights, deposits posted by, or on behalf of, the Debtor, inchoate statutory lien rights, or real property lessors, utility companies and other parties that may hold security deposits.

By listing a party on Schedule D based on a UCC-1 filing, the Debtor and its estate are not conceding that such party actually holds a perfected, unavoidable security interest in the asset that is the subject of such filing, and reserve all rights as set forth in the Global Notes.

Certain of the amounts listed for parties on Schedule D may not be reflective of any accrued and unpaid interest, prepayment premiums, and other similar fees or expenses to which such parties may be entitled.

**Schedule E—Creditors Holding Unsecured Priority Claims.** The Debtor has listed on Schedule E certain tax claims for which the Debtor has been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtor believes that such claims have been, or will be, satisfied in the ordinary course of business during the Chapter 11 Case pursuant to the authority granted in the relevant First Day Orders. The Debtor and its estate reserve all rights to dispute or challenge whether creditors listed on Schedule E are entitled to priority claims.

**Schedule F—Creditors Holding Unsecured Non-Priority Claims.** Certain creditors listed on Schedule F may owe amounts to the Debtor; as such, the Debtor and its estate may have valid setoff and recoupment rights with respect to such amounts, which rights are not reflected on Schedule F. Also, the amounts listed on Schedule F reflect known prepetition claims as of Petition Date. Such amounts do not reflect any rights of setoff or recoupment that may be asserted by any creditors listed on Schedule F, and the Debtor and its estate reserve all rights to challenge any setoff and recoupment rights that may be asserted against them. The Debtor and its estate reserve all rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule F.

As noted above, certain claims listed on Schedule F may be entitled to priority under section 503(b)(9) of the Bankruptcy Code, and the Debtor and its estate reserve all rights with respect to any such claims.

The Debtor has used commercially reasonable efforts to include all creditors on Schedule F; however, the Debtor believes that there are instances in which vendors have yet to provide proper invoices for prepetition goods or services. While the Debtor maintains general accruals to account for these liabilities in accordance with GAAP, these amounts are estimates and not tracked on a vendor by vendor basis, and as such may not have been included on Schedule F.

The Debtor may have listed on Schedule F certain (but not all) unsecured non-priority employee wage or benefit claims for which the Debtor has been granted authority (but not direction) to pay pursuant to a First Day Order. The Debtor believes that such claims have been, or will be, satisfied in the ordinary course of business during the Chapter 11 Case pursuant to the authority granted in the relevant First Day Orders. The Debtor and its estate reserve their rights to dispute or challenge whether creditors listed on Schedule F are entitled to priority claims.

**Schedule G—Executory Contracts and Unexpired Leases.** Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. In the ordinary course of business, the Debtor enters into various agreements with its customers and vendors. The Debtor may have entered into various other types of agreements in the ordinary course of its business, such as indemnity agreements, supplemental agreements, letter agreements, and confidentiality agreements that may not be set forth in Schedule G. Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease. Schedule G may be amended at any time to add any omitted executory contracts, unexpired leases and other agreements to which the Debtor is a party, including, without limitation, to add any executory contracts, unexpired leases and other agreements that the Debtor, due to the voluminous number of such contracts, leases and agreements, was unable to list on Schedule G at this time. Likewise, the listing of an agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect or unexpired on the Petition Date, or is valid or enforceable. The agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments and agreements that may not be listed on Schedule G.

Any and all rights, claims and causes of action of the Debtor and its estate with respect to the agreements listed on Schedule G are hereby reserved and preserved. The Debtor and its estate hereby reserve all of their rights to: (a) dispute the validity, status, or enforceability of any agreements set forth on Schedule G; (b) dispute or challenge the characterization of the structure of any transaction, document or instrument related to a creditor's claim, including, but not limited to, the agreements listed on Schedule G; and (c) amend or supplement Schedule G, as necessary, including, without limitation, to modify which Debtor entity is a counterparty to the agreement.

# NOTES FOR STATEMENTS

**Statement 3.**  Statement 3 includes any disbursement or other transfer made by the Debtor, except for those made to insiders, employees, and bankruptcy professionals.  The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3.

**Statement 7.**  The Debtor and its estate reserve all rights, claims, and defenses with respect to any and all listed lawsuits and administrative proceedings (or potential lawsuits and administrative proceedings). The listing of any such suits and proceedings shall not constitute an admission by the Debtor and its estate of any liabilities or that actions or proceedings were correctly filed against the Debtor. The Debtor and its estate reserve all rights to assert that the Debtor is not an appropriate party to such actions or proceedings. The Debtor may not have included on Statement 7 certain parties that may have asserted informal workers' compensation claims or similar claims that were resolved or otherwise addressed without formal litigation or an administrative hearing or similar proceeding having been commenced.

**Statement Question 26b**.  **Firms or Individuals Who Have Audited, Compiled, or Reviewed Debtors' Books.**  Due to the nature of their business and the necessity of public company-specific statutory guidance, the Debtor utilizes multiple audit and advisory firms. Generally, these firms have provided the Debtor services for years, renewing engagement letters annually as appropriate and providing services on an as needed basis. Given the nature of these long-tenured relationships, the Debtor utilizes historical payment dates to estimate the dates of service. Other third parties may have audited, compiled, or reviewed the Debtor's books, but are not included in the Debtor's responses to Statement Question 26b.  The Debtor reserves the right to amend its response to Question 26b in the event new information is uncovered.

**Statement Question 26d – Recipients of Financial Statements.**  Quanergy is a publicly traded company with publicly available financial statements.  Accordingly, any number of parties may have received the Debtor's financial statements through such public filings. Additionally, from time to time, the Debtor may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons.  Recipients may have included regulatory agencies, financial institutions, investment banks, vendors, landlords, debtholders and their legal and financial advisors.  Due to the confidentiality requirements of related non-disclosure agreements, and the number of parties that have received such statements, such parties may not be listed in response to this question.

**Fill in this information to identify the case:**

Debtor name: Quanergy Systems, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 22-11305

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 1/1/2022    to 11/30/2022 | ☑ Operating a business<br>☐ Other | $5,635,470.00 |
| **For prior year:** | From 1/1/2021    to 12/31/2021 | ☑ Operating a business<br>☐ Other | $3,928,043.59 |
| **For the year before that:** | From 1/1/2020    to 12/31/2020 | ☑ Operating a business<br>☐ Other | $3,014,558.32 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From    to Filing Date | | |
| **For prior year:** | From    to | | |
| **For the year before that:** | From    to | | |

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA Exhibit 3 | | $8,341,443.03 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See Answer for SOFA 30<br><br>Relationship to debtor | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | | | |
| | Last 4 digits of account number | | |

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** Velodyne LiDAR **Case number** CAFC-20-2070 | IP patent infringment disuplte | **Name** Court of Appeals for the Federal Circuit **Street** 95 7th St **City** San Francisco **State** CA **Zip** 94103 | ☐ Pending ☐ On appeal ☑ Concluded |
| **7.2** **Name** Akram Benmbarek **Case number** 19CV347220 | Employment dispute | **Name** Santa Clara County Superior Court **Street** 191 N. First Street **City** San Jose **State** CA **Zip** 95113 | ☐ Pending ☐ On appeal ☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **8.1** Custodian's name and address  Street  City   State   Zip | Case title  Case number  Date of order or assignment | Court name and address Name  Street  City   State   Zip |

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** Recipient's name  Street  City   State   Zip  **Recipient's relationship to debtor** | | | |

**Part 5:** **Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

**Part 6:** **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br><br>**Email or website address**<br>www.cooley.com/<br><br>**Who made the payment, if not debtor?** | | 9/26/2022 | $117,638.79 |
| 11.2 Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br><br>**Email or website address**<br>www.cooley.com/<br><br>**Who made the payment, if not debtor?** | | 10/3/2022 | $179,508.85 |
| 11.3 Cooley LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br><br>**Email or website address**<br>www.cooley.com/<br><br>**Who made the payment, if not debtor?** | | 10/17/2022 | $343,163.35 |

11.4

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

10/18/2022                $250,000.00

**Email or website address**
www.cooley.com/

**Who made the payment, if not debtor?**

11.5

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

10/31/2022                $239,658.10

**Email or website address**
www.cooley.com

**Who made the payment, if not debtor?**

11.6

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

11/18/2022                $372,660.26

**Email or website address**
www.cooley.com/

**Who made the payment, if not debtor?**

11.7

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

11/30/2022                $350,000.00

**Email or website address**
www.cooley.com/

**Who made the payment, if not debtor?**

11.8

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304-1130

12/12/2022                $400,000.00

**Email or website address**
www.cooley.com/

**Who made the payment, if not debtor?**

11.9

FTI Consulting, Inc                                          9/27/2022              $100,000.00
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.10

FTI Consulting, Inc                                          10/6/2022               $40,000.00
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.11

FTI Consulting, Inc                                          10/11/2022              $45,000.00
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.12

FTI Consulting, Inc                                          10/14/2022              $45,000.00
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.13

FTI Consulting, Inc                                          10/21/2022              $50,000.00
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**

11.14

FTI Consulting, Inc                                             10/21/2022                    $109,379.50
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.15

FTI Consulting, Inc                                             10/26/2022                    $104,911.50
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.16

FTI Consulting, Inc                                             11/14/2022                     $31,954.50
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.17

FTI Consulting, Inc                                             11/23/2022                    $100,570.50
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**


11.18

FTI Consulting, Inc                                             12/5/2022                     $101,936.50
555 12th Street
Suite 700
Washington, DC 20004

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**

11.19

FTI Consulting, Inc
555 12th Street
Suite 700
Washington, DC 20004

12/8/2022                    $425,000.00

**Email or website address**
www.fticonsulting.com

**Who made the payment, if not debtor?**

11.20

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

7/8/2022                    $75,000.00

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.21

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

8/3/2022                    $75,000.00

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.22

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

9/6/2022                    $75,000.00

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.23

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

10/3/2022                    $75,000.00

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.24

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

11/1/2022                    $75,000.00

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.25

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

12/6/2022                    $80,905.74

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.26

Raymond James & Associates, Inc
880 Carillon Parkway
St. Petersburg, FL 33716

12/8/2022                   $250,000.00

**Email or website address**
www.raymondjames.com

**Who made the payment, if not debtor?**

11.27

Sierra Constellation Partners
355 S Grand Ave #1450
Los Angeles, CA 90071

12/12/2022                   $50,000.00

**Email or website address**
www.sierraconstellation.com

**Who made the payment, if not debtor?**

11.28

Stretto
410 Exchange Place
Suite 100
Irvine, CA 92602

12/5/2022                    $25,000.00

**Email or website address**
www.stretto.com

**Who made the payment, if not debtor?**

11.29

Young Conaway Stargatt & Taylor, LLP          10/12/2022                    $50,000.00
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Email or website address**
www.youngconaway.com

**Who made the payment, if not debtor?**

11.30

Young Conaway Stargatt & Taylor, LLP          10/26/2022                   $150,000.00
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Email or website address**
www.youngconaway.com

**Who made the payment, if not debtor?**

11.31

Young Conaway Stargatt & Taylor, LLP          11/28/2022                   $250,000.00
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Email or website address**
www.youngconaway.com

**Who made the payment, if not debtor?**

11.32

Young Conaway Stargatt & Taylor, LLP          12/12/2022                   $200,000.00
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Email or website address**
www.youngconaway.com

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1 | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property☐by sale, trade, or any other means☐made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 Heritage Global Partners 12625 High Bluff Drive Suite 305 San Diego, CA 92130 Relationship to debtor Third-Party Equipment Broker | Fixed assets for S-3 production | 10/31/2022 | $327,000.00 |
| 13.2 Waymo LLC 2011 Stierlin Court Mountain View, CA 94043 Relationship to debtor Asset Purchaser | 8000i Automatic Ball Bumper/Ball Bonder Palomar | 12/31/2020 | $109,000.00 |
| 13.3 Velodyne LiDAR USA Inc. 5521 Hellyer Avenue San Jose, CA 95138 Relationship to debtor Litigation counter party | Cash | 12/1/2022 | $500,000.00 |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 Street 822 Mercury Drive | | | From 12/5/2014 | to 11/1/2019 |
| City Sunnyvale | State CA | Zip 94085 | | |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 | | |

Street

| City | State | Zip |
|---|---|---|

**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider

**How are records kept?**
Check all that apply:

☐ Electronically

☐ Paper

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**                                      **Employer identification number of the plan**

_____                    _____

Has the plan been terminated?

☑ No

☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name _____  Street _____  City _____ State __ Zip __ | _____ | ☐ Checking  ☐ Savings  ☐ Money market  ☐ Brokerage  ☐ Other | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name _____  Street _____  City _____ State __ Zip __ | Address _____ | _____ | ☐ No  ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name Fabrinet  Street Head Office: 5/6 Moo 6, Tambol Klong Nueng, Amphur Klonggluang  City Pathumtani Province  State Thailand  Zip 12120 | Consigned with Vendor  Address Head Office: 5/6 Moo 6, Tambol Klong Nueng, Amphur Klonggluang, Pathumtani Province, 12120 Thailand | Inventory/Raw Materials/WIP | ☐ No  ☑ Yes |

**20.2**

| | | |
|---|---|---|
| Name | Consigned with Vendor | Inventory/Raw Materials/WIP |
| Sanmina Corporation | | ☐ No |
| Street | Address | ☑ Yes |
| 590 Brennan Street, Dock 7 | 590 Brennan Street, Dock 7 | |
| | San Jose, CA, 95131 | |
| City  San Jose | State  CA | Zip  95131 |

**20.3**

| | | |
|---|---|---|
| Name | Consigned with Vendor | Inventory/Raw Materials/WIP |
| Sanmina-SCI Systems Thailand LTD | | ☐ No |
| Street | Address | ☑ Yes |
| 90 Moo 1 Tiwanon Road, Banmai, Muang, Pathumthani | 90 Moo 1 Tiwanon Road, Banmai, Muang, Pathumthani, Muang, 12000, Thailand | |
| City  Muang | State  Thailand | Zip  12000 |

**20.4**

| | | |
|---|---|---|
| Name | Consigned with Vendor | Inventory/Raw Materials/WIP |
| Sierra Circuits | | ☐ No |
| Street | Address | ☑ Yes |
| 1108 West Evelyn Avenue | 1108 West Evelyn Avenue | |
| | Sunnyvale, CA, 94086 | |
| City  Sunnyvale | State  CA | Zip  94086 |

**Part 11:**  **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** | | | |

**Part 12:**  **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 _____ Case Number _____ | Name _____ Street _____ City ____ State ____ Zip ____ | _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name _____ Street _____ City ____ State ____ Zip ____ | Name _____ Street _____ City ____ State ____ Zip ____ | _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name _____ Street _____ City ____ State ____ Zip ____ | Name _____ Street _____ City ____ State ____ Zip ____ | _____ | _____ |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

**25.1**

Quanergy (Shanghai) Electronic Science & Technology Ltd.
Room 205 of Bldg 3
111 Xingke Road
Pudong District
Shanghai
China

Local Sales

EIN   N/A

**Dates business existed**
From          to
3/25/2016     Present

**25.2**

Quanergy Perception Technologies, Inc.
433 Lakeside Drive
Sunnyvale, CA 94085

Pre-Merger Holding Company

EIN   46-1551773

**Dates business existed**
From          to
10/1/2012     Present

**25.3**

Quanergy Systems Canada, Inc.
265 Carling Ave.
Ottawa, ON K1S 2E1
Canada

Research and Development

EIN   N/A

**Dates business existed**
From          to
10/26/2015    Present

**25.4**

Quanergy Systems FZ-LLC
Dubai Studio City Commercial Build
14th Floor
Dubai 73000
United Arab Emirates

Local Sales

EIN   N/A

**Dates business existed**
From          to
10/1/2015     Present

**25.5**

Quanergy Systems Hong Kong Limited
Unit 806, 8/F, Tower II
Cheung ShaWan Plaza
833 Cheung Sha Wan Road
Kowloon, Hong Kong
China

Holding Company

EIN   N/A

**Dates business existed**
From          to
11/10/2015    Present

**25.6**

Quanergy Systems Japan GK
Nagamine Mishima Accounting Office 4F
sano Park Tower
2-11-1 Nagata-cho
Chiyoda-ku
Tokyo 100-6104
Japan

Local Sales

EIN   N/A

**Dates business existed**
From          to
7/29/2016     Present

| 25.7 | | | | |
|---|---|---|---|---|
| | Quanergy Systems UK Limited | Local Sales | EIN | N/A |
| | 1 Chapel St | | **Dates business existed** | |
| | Warwick CV34 4HL | | From | to |
| | United Kingdom | | 12/16/2016 | Present |

| 25.8 | | | | |
|---|---|---|---|---|
| | Quanergy Systems, GmbH | Local Sales | EIN | N/A |
| | Ebner Stolz | | **Dates business existed** | |
| | Kronstrasse 30 | | From | to |
| | Stuttgart 70174 | | 12/21/2016 | Present |
| | Germany | | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

| 26a.1 | | |
|---|---|---|
| | Albeck Financial Services Inc | From | to |
| | 11757 Katy Freeway | 7/21/2020 | Present |
| | 1300A | | |
| | Houston, TX 77079 | | |

| 26a.2 | | |
|---|---|---|
| | Chris Hopkins | From | to |
| | 433 Lakeside Drive | 3/1/2017 | Present |
| | Sunnyvale, CA 94085 | | |

| 26a.3 | | |
|---|---|---|
| | Effectus Group | From | to |
| | 1735 Technology Drive | 1/1/2018 | Present |
| | 780 | | |
| | San Jose, CA 95110 | | |

| 26a.4 | | |
|---|---|---|
| | Moss Adams LLP | From | to |
| | PO Box 101822 | 8/22/2017 | Present |
| | Pasadena, CA 91189-1822 | | |

| 26a.5 | | |
|---|---|---|
| | Patrick Archambault | From | to |
| | 433 Lakeside Drive | 10/6/2016 | Present |
| | Sunnyvale, CA 94085 | | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

| 26b.1 | | |
|---|---|---|
| | Ernst & Young | From | to |
| | 303 S Almaden Boulevard | 1/1/2016 | 12/31/2018 |
| | San Jose, CA 95110 | | |

| 26b.2 | | | |
|---|---|---|---|
| | Armanino, LLP<br>50 W San Fernando Street<br>San Jose, CA 95113 | From<br>1/1/2019 | to<br>12/31/2019 |

| 26b.3 | | | |
|---|---|---|---|
| | Grant Thornton, LLP<br>10 S Almaden Boulevard<br>Suite 800<br>San Jose, CA 95113 | From<br>1/1/2020 | to<br>Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1**<br><br>Albeck Financial Services Inc<br>11757 Katy Freeway<br>1300A<br>Houston, TX 77079 | |
| **26c.2**<br><br>Armanino, LLP<br>50 W San Fernando Street<br>San Jose, CA 95113 | |
| **26c.3**<br><br>Chris Hopkins<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | |
| **26c.4**<br><br>Effectus Group<br>1735 Technology Drive<br>780<br>San Jose, CA 95110 | |
| **26c.5**<br><br>Ernst & Young<br>303 S Almaden Boulevard<br>San Jose, CA 95110 | |
| **26c.6**<br><br>Grant Thornton, LLP<br>10 S Almaden Boulevard<br>Suite 800<br>San Jose, CA 95113 | |
| **26c.7**<br><br>Moss Adams LLP<br>PO Box 101822<br>Pasadena, CA 91189-1822 | |

26c.8

Patrick Archambault
433 Lakeside Drive
Sunnyvale, CA 94085

26c.9

Withum Smith & Brown, PC.
1925 Palomar Oaks Way
Suite 210
Carlsbad, CA 92008

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |

26d.1

Amazon
1100 Enterprise Way
Sunnyvale, CA 94089

26d.2

Credit Suisse AG
650 California Street
San Francisco, CA 94108

26d.3

Honeywell Electronics Materials
1349 Moffett Park Drive
Sunnyvale, CA 94089

26d.4

Peninsula Land and Capital
2390 El Camino Real
Palo Alto, CA 94306

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| Raj Bhullar | 1/19/2021 | $4,817,124. Lower of cost or lowest net realizable value |

| Name and address of the person who has possession of inventory records |
| --- |

27.1

Chris Hopkins
433 Lakeside Drive
Sunnyvale, CA 94085

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Raj Bhullar | 1/17/2022 | $3,242,165. Lower of cost or lowest net realizable value |

**Name and address of the person who has possession of inventory records**

27.2

Chris Hopkins
433 Lakeside Drive
Sunnyvale, CA 94085

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 Bradley James Sherrard 433 Lakeside Drive Sunnyvale, CA 94085 | Chief Revenue Officer | N/A |
| 28.2 Lori Sundberg 433 Lakeside Drive Sunnyvale, CA 94085 | Chief Human Resources | N/A |
| 28.3 Patrick Archambault 433 Lakeside Drive Sunnyvale, CA 94085 | Chief Financial Officer | N/A |
| 28.4 Tianyue Yu 433 Lakeside Drive Sunnyvale, CA 94085 | Chief Development Officer | N/A |
| 28.5 Vincenzo Signore 433 Lakeside Drive Sunnyvale, CA 94085 | Chief Marketing Officer | N/A |
| 28.6 Jerry Allison 433 Lakeside Drive Sunnyvale, CA 94085 | General Counsel | N/A |
| 28.7 Kevin Amiri 433 Lakeside Drive Sunnyvale, CA 94085 | Senior Vice President of Operations | N/A |

| 28.8 | | | |
|---|---|---|---|
| | Jim DiSanto<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Board Member | N/A |

| 28.9 | | | |
|---|---|---|---|
| | Karen C. Francis<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Board Member | N/A |

| 28.10 | | | |
|---|---|---|---|
| | Lawrence Perkins<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Chief Restructuring Officer | N/A |

| 28.11 | | | |
|---|---|---|---|
| | Tamer Hassanein<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Board Member | N/A |

| 28.12 | | | |
|---|---|---|---|
| | Thomas M. Rohrs<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Board Member | N/A |

| 28.13 | | | |
|---|---|---|---|
| | Uzma Hassan<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Head of Human Resources | N/A |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held | |
|---|---|---|---|
| **29.1**<br>Kevin J. Kennedy<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Former Chief Executive Officer, Chairman of the Board | From 3/27/2020 | to 12/12/2022 |
| **29.2**<br>Lisa Kelly<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Former Board Member | From 8/1/2022 | to 12/12/2022 |
| **29.3**<br>Matthew Hammond<br>433 Lakeside Drive<br>Sunnyvale, CA 94085 | Former Board Member | From 1/1/2020 | to 9/30/2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |
| See SOFA Exhibit 30 | $3,385,940.63 | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | EIN |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Accuracy Tech Machining Inc | 3335 Edward Ave | | | Santa Clara | CA | 95054 | | 10/7/2022 | $2,725.00 | Suppliers or vendors |
| Accuracy Tech Machining Inc | 3335 Edward Ave | | | Santa Clara | CA | 95054 | | 11/2/2022 | $12,550.00 | Suppliers or vendors |
| Accuracy Tech Machining Inc | 3335 Edward Ave | | | Santa Clara | CA | 95054 | | 11/18/2022 | $1,525.00 | Suppliers or vendors |
| Accuracy Tech Machining Inc | 3335 Edward Ave | | | Santa Clara | CA | 95054 | | 12/2/2022 | $475.00 | Suppliers or vendors |
| Adiuvo Engineering & Training | Attn: Adam Taylor | 1 Bunting Street | | Newhall | CM17 9GN | | United Kingdom | 9/16/2022 | $5,830.00 | Suppliers or vendors |
| Adiuvo Engineering & Training | Attn: Adam Taylor | 1 Bunting Street | | Newhall | CM17 9GN | | United Kingdom | 11/14/2022 | $30,000.00 | Services |
| ALLHDD | 9229 Queens Blvd Tower | | | Rego Park | NY | 11374 | | 10/1/2022 | $11,261.25 | Suppliers or vendors |
| Alvarez & Marsal Holdings, LLC | 2029 Century Park E | | | Los Angeles | CA | 90067 | | 9/16/2022 | $117,420.00 | Services |
| Alvarez & Marsal Holdings, LLC | 2029 Century Park E | | | Los Angeles | CA | 90067 | | 11/4/2022 | $39,140.00 | Services |
| AP FBO Triple Crown Consulting | PO Box 31001-2434 | | | Pasadena | CA | 91110-2434 | | 11/14/2022 | $17,938.50 | Services |
| AP FBO Triple Crown Consulting | PO Box 31001-2434 | | | Pasadena | CA | 91110-2434 | | 11/23/2022 | $49,257.75 | Services |
| AP FBO Triple Crown Consulting | PO Box 31001-2434 | | | Pasadena | CA | 91110-2434 | | 12/2/2022 | $20,480.00 | Services |
| AP FBO Triple Crown Consulting | PO Box 31001-2434 | | | Pasadena | CA | 91110-2434 | | 12/9/2022 | $20,445.50 | Services |
| Avnet Electronics, Inc. | 5400 Prairie Stone Parkway | | | Hoffman Estates | IL | 60192 | | 11/1/2022 | $11,071.48 | Suppliers or vendors |
| Avnet Electronics, Inc. | 5400 Prairie Stone Parkway | | | Hoffman Estates | IL | 60192 | | 11/3/2022 | $77,300.00 | Suppliers or vendors |
| Bethany Kanui | Address on File | | | | | | | 9/30/2022 | $4,500.00 | Services |
| Bethany Kanui | Address on File | | | | | | | 10/7/2022 | $6,480.00 | Services |
| Bethany Kanui | Address on File | | | | | | | 10/21/2022 | $5,940.00 | Services |
| Bethany Kanui | Address on File | | | | | | | 11/14/2022 | $5,940.00 | Services |
| Bethany Kanui | Address on File | | | | | | | 12/2/2022 | $11,340.00 | Services |
| Bethany Kanui | Address on File | | | | | | | 12/12/2022 | $5,000.00 | Services |
| BSI.tv, Inc | 1054 Opal Street, Unit A | | | San Diego | CA | 92109 | | 9/23/2022 | $6,000.00 | Suppliers or vendors |
| BSI.tv, Inc | 1054 Opal Street, Unit A | | | San Diego | CA | 92109 | | 11/14/2022 | $9,000.00 | Suppliers or vendors |
| Business Wire | Department 34182 | PO Box 39000 | | San Francisco | CA | 94139 | | 11/4/2022 | $10,750.00 | Services |
| California Dept of Tax & Fee Administration | PO Box 942879 | | | Sacramento | CA | 94279-3535 | | 10/31/2022 | $12,203.00 | Other |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Checkmate Productions, LLC | 1938 Ashley Ridge Road | | | Sandy | UT | 84092 | | 9/30/2022 | $6,092.80 | Suppliers or vendors |
| Checkmate Productions, LLC | 1938 Ashley Ridge Road | | | Sandy | UT | 84092 | | 11/18/2022 | $3,510.00 | Suppliers or vendors |
| Checkmate Productions, LLC | 1938 Ashley Ridge Road | | | Sandy | UT | 84092 | | 12/2/2022 | $6,307.75 | Suppliers or vendors |
| Chronoptics Limited | 18 Mexted Place | | | Riverlea | Hamilton | 3216 | New Zealand | 9/23/2022 | $13,800.00 | Suppliers or vendors |
| Cofan USA, Inc. | 48664 Milmont Dr | | | Fremont | CA | 94538 | | 11/4/2022 | $8,266.58 | Suppliers or vendors |
| Cofan USA, Inc. | 48664 Milmont Dr | | | Fremont | CA | 94538 | | 11/14/2022 | $14,412.16 | Suppliers or vendors |
| Continental Stock Transfer & Trust Company | One State Street Plaza | 30th Floor | | New York | NY | 10004 | | 9/16/2022 | $4,293.15 | Other |
| Continental Stock Transfer & Trust Company | One State Street Plaza | 30th Floor | | New York | NY | 10004 | | 10/20/2022 | $3,403.85 | Other |
| David Horn Consulting | Attn: David Horn | 16240 Oak Canyon Drive | | Morgan Hill | CA | 95037 | | 10/21/2022 | $23,230.00 | Services |
| DeWinter Group | 1919 South Bascom Ave #250 | | | Campbell | CA | 95008 | | 9/23/2022 | $8,640.00 | Suppliers or vendors |
| DeWinter Group | 1919 South Bascom Ave #250 | | | Campbell | CA | 95008 | | 11/14/2022 | $3,850.00 | Suppliers or vendors |
| DeWinter Group | 1919 South Bascom Ave #250 | | | Campbell | CA | 95008 | | 11/18/2022 | $1,050.00 | Suppliers or vendors |
| Donohoe Advisory Associates LLC | 801 Washingtonian Blvd Ste 340 | | | Gaithersburg | MD | 20878 | | 11/23/2022 | $20,000.00 | Services |
| Edward & Eva Brown | Address on File | | | | | | | 10/31/2022 | $29,281.20 | Other |
| Edward & Eva Brown | Address on File | | | | | | | 11/4/2022 | $24,401.00 | Other |
| Effectus Group, LLC | 1735 Technology Dr #780 | | | San Jose | CA | 95110 | | 11/14/2022 | $21,032.50 | Services |
| Effectus Group, LLC | 1735 Technology Dr #780 | | | San Jose | CA | 95110 | | 12/2/2022 | $4,060.00 | Services |
| Expandable Software, Inc. | 900 Lafayette | Suite 400 | | Santa Clara | CA | 95054 | | 9/30/2022 | $4,507.20 | Suppliers or vendors |
| Expandable Software, Inc. | 900 Lafayette | Suite 400 | | Santa Clara | CA | 95054 | | 10/28/2022 | $5,890.54 | Suppliers or vendors |
| Expandable Software, Inc. | 900 Lafayette | Suite 400 | | Santa Clara | CA | 95054 | | 11/14/2022 | $4,331.00 | Suppliers or vendors |
| Expandable Software, Inc. | 900 Lafayette | Suite 400 | | Santa Clara | CA | 95054 | | 12/2/2022 | $4,331.00 | Suppliers or vendors |
| Fabrinet West | 4900 Patrick Henry Drive | | | Santa Clara | CA | 95054 | | 11/23/2022 | $65,227.20 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 9/16/2022 | $3,904.81 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 9/23/2022 | $11,787.03 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 10/14/2022 | $9,794.49 | Suppliers or vendors |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 11/4/2022 | $11,694.66 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 11/11/2022 | $5,864.01 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 11/23/2022 | $5,401.99 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 12/2/2022 | $776.54 | Suppliers or vendors |
| Fedex Freight | PO Box 7221 | | | Pasadena | CA | 91109-7321 | | 12/9/2022 | $1,844.70 | Suppliers or vendors |
| FINRA Cash Concentration | 1735 K Street, NW | | | Washington | DC | 20006 | | 9/30/2022 | $3,087.50 | Other |
| FINRA Cash Concentration | 1735 K Street, NW | | | Washington | DC | 20006 | | 10/13/2022 | $2,701.05 | Other |
| FINRA Cash Concentration | 1735 K Street, NW | | | Washington | DC | 20006 | | 10/31/2022 | $7,757.58 | Other |
| First Shield Security & Patrol | 1660 W Linne Rd | | | Tracy | CA | 95377 | | 9/23/2022 | $1,189.76 | Services |
| First Shield Security & Patrol | 1660 W Linne Rd | | | Tracy | CA | 95377 | | 10/14/2022 | $1,189.76 | Services |
| First Shield Security & Patrol | 1660 W Linne Rd | | | Tracy | CA | 95377 | | 12/9/2022 | $2,785.12 | Services |
| First Shield Security & Patrol | 1660 W Linne Rd | | | Tracy | CA | 95377 | | 12/12/2022 | $2,676.96 | Services |
| Force4 Technology Comm., LLC | 301 Clinton Street | Suite A | | Santa Cruz | CA | 95062 | | 11/14/2022 | $34,393.12 | Suppliers or vendors |
| Force4 Technology Comm., LLC | 301 Clinton Street | Suite A | | Santa Cruz | CA | 95062 | | 11/18/2022 | $17,196.56 | Suppliers or vendors |
| FunnelSource, Inc. | 100 Pine Street | Suite 1250 | | SanFrancisco | CA | 94111 | | 11/4/2022 | $11,727.00 | Suppliers or vendors |
| GEM GLOBAL YIELD LLC SCS | 9 West 57th Street | 49th FL | | New York | NY | 10019 | | 11/14/2022 | $34,570.00 | Other |
| Goodwille - Payroll | 24 Old Queen Street | | | Westminster | London | SW1H 9HP | United Kingdom | 9/14/2022 | $60,779.94 | Services |
| Goodwille - Payroll | 24 Old Queen Street | | | Westminster | London | SW1H 9HP | United Kingdom | 10/21/2022 | $58,523.97 | Services |
| Goodwille - Payroll | 24 Old Queen Street | | | Westminster | London | SW1H 9HP | United Kingdom | 11/16/2022 | $51,318.97 | Services |
| Goodwille - Payroll | 24 Old Queen Street | | | Westminster | London | SW1H 9HP | United Kingdom | 12/6/2022 | $54,045.24 | Services |
| Grant Thornton LLP | 2555 Camelback Road | Suite 500 | | Phoenix | AZ | 85016 | | 11/4/2022 | $98,110.00 | Services |
| HOA PHAM | Address on File | | | | | | | 9/23/2022 | $7,100.00 | Services |
| HOA PHAM | Address on File | | | | | | | 10/7/2022 | $2,000.00 | Services |
| HOA PHAM | Address on File | | | | | | | 10/14/2022 | $2,000.00 | Services |
| HOA PHAM | Address on File | | | | | | | 11/14/2022 | $5,000.00 | Services |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| HOA PHAM | Address on File | | | | | | | 12/12/2022 | $2,800.00 | Services |
| ICR, LLC | 761 Main Avenue | | | Norwalk | CT | 06851 | | 11/4/2022 | $20,800.00 | Suppliers or vendors |
| Infortrend Corporation | 435 Lakeside Drive | | | Sunnyvale | CA | 94085 | | 10/31/2022 | $106,733.55 | Other |
| Infortrend Corporation | 435 Lakeside Drive | | | Sunnyvale | CA | 94085 | | 12/1/2022 | $106,733.55 | Other |
| IRISO USA, Inc. | 34405 West Twelve Mile Road | Suite 237 | | Farmington Hills | MI | 48331 | | 11/11/2022 | $7,935.00 | Other |
| Ironwood Associates LLC | P.O. BOX 2182 | | | Carefree | AZ | 85377 | | 12/7/2022 | $9,644.13 | Services |
| Jeff Ploshay | Address on File | | | | | | | 9/16/2022 | $2,050.00 | Other |
| Jeff Ploshay | Address on File | | | | | | | 10/7/2022 | $3,750.00 | Other |
| Jeff Ploshay | Address on File | | | | | | | 11/4/2022 | $2,600.00 | Other |
| Jeff Ploshay | Address on File | | | | | | | 12/12/2022 | $2,850.00 | Other |
| Kroll Associates, Inc. | 600 3rd Avenue, 4th Floor | | | New York | NY | 10016 | | 11/11/2022 | $8,400.00 | Services |
| Law Offices of Jeremy Pasterna | 354 Pine St 5th floor | | | San Francisco | CA | 94104 | | 10/20/2022 | $125,000.00 | Services |
| Material Handling Industry | 8720 Red Oak Blvd., Suite 201 | | | Charlotte | NC | 28217 | | 9/16/2022 | $4,332.00 | Suppliers or vendors |
| Material Handling Industry | 8720 Red Oak Blvd., Suite 201 | | | Charlotte | NC | 28217 | | 11/4/2022 | $5,415.00 | Suppliers or vendors |
| Michael Healy | Address on File | | | | | | | 10/7/2022 | $8,035.00 | Other |
| Michael Healy | Address on File | | | | | | | 10/28/2022 | $2,100.00 | Other |
| Michael Healy | Address on File | | | | | | | 12/12/2022 | $1,515.00 | Other |
| Mike Kirk | Address on File | | | | | | | 10/14/2022 | $12,250.00 | Other |
| Mike Kirk | Address on File | | | | | | | 10/21/2022 | $2,250.00 | Other |
| Moss Adams LLP | 635 Campbell Technology Parkway | | | Campbell | CA | 95008 | | 11/4/2022 | $14,663.00 | Services |
| Moss Adams LLP | 635 Campbell Technology Parkway | | | Campbell | CA | 95008 | | 11/14/2022 | $10,663.00 | Services |
| Mouser Electronics Inc. - AP | PO Box 99319 | | | Fort Worth | TX | 76199-0319 | | 11/14/2022 | $7,116.88 | Suppliers or vendors |
| Mouser Electronics Inc. - AP | PO Box 99319 | | | Fort Worth | TX | 76199-0319 | | 12/2/2022 | $2,274.67 | Suppliers or vendors |
| Multiplier Technologies Pte Ltd | 20A Tanjong Pagar Road | | | Singapore | | 88443 | Singapore | 9/27/2022 | $68,660.94 | Services |
| Multiplier Technologies Pte Ltd | 20A Tanjong Pagar Road | | | Singapore | | 88443 | Singapore | 10/31/2022 | $84,573.00 | Services |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Multiplier Technologies Pte Ltd | 20A Tanjong Pagar Road | | | Singapore | | 88443 | Singapore | 11/29/2022 | $75,976.54 | Services |
| Multiplier Technologies Pte Ltd | 20A Tanjong Pagar Road | | | Singapore | | 88443 | Singapore | 12/9/2022 | $65,602.19 | Services |
| N.F. Smith & Associates, L.P. | 5306 Hollister Street | | | Houston | TX | 77040 | | 11/14/2022 | $52,500.00 | Services |
| Nanolab Technologies, Inc. | 1708 Mccarthy Blvd | | | Milpitas | CA | 95035 | | 11/18/2022 | $8,936.00 | Suppliers or vendors |
| NYSE Market (DE), Inc. | PO Box 734514 | | | Chicago | IL | 60673-4514 | | 11/22/2022 | $20,000.00 | Other |
| Pacific Gas & Electric | Box 997300 | | | Sacramento | CA | 95899-7300 | | 9/21/2022 | $17,588.74 | Other |
| Pacific Gas & Electric | Box 997300 | | | Sacramento | CA | 95899-7300 | | 10/20/2022 | $17,495.97 | Other |
| Pacific Gas & Electric | Box 997300 | | | Sacramento | CA | 95899-7300 | | 11/18/2022 | $12,615.91 | Other |
| Paul Leong | Address on File | | | | | | | 10/21/2022 | $4,295.58 | Other |
| Paul Leong | Address on File | | | | | | | 12/9/2022 | $1,855.13 | Other |
| Paul Leong | Address on File | | | | | | | 12/12/2022 | $2,242.52 | Other |
| Pearl Meyer & Partners | 461 5th Avenue | 19th Floor | | New York | NY | 10017 | | 9/16/2022 | $23,275.00 | Services |
| Pitchers Internet Private Ltd | Attn: Rashmikant Jha | 4th Floor, Indiqube Sigma | 3rd Block, Koramangala | Bangalore | Karnataka | 560034 | India | 9/16/2022 | $25,000.00 | Suppliers or vendors |
| Roth Staffing Companies, L.P. | 450 North State Collage Blvd. | | | Orange | CA | 92868 | | 9/16/2022 | $1,419.55 | Services |
| Roth Staffing Companies, L.P. | 450 North State Collage Blvd. | | | Orange | CA | 92868 | | 11/4/2022 | $19,249.34 | Services |
| Roth Staffing Companies, L.P. | 450 North State Collage Blvd. | | | Orange | CA | 92868 | | 11/14/2022 | $9,812.87 | Services |
| Roth Staffing Companies, L.P. | 450 North State Collage Blvd. | | | Orange | CA | 92868 | | 12/9/2022 | $16,520.31 | Services |
| SANMINA | PO Box 842162 | | | Dallas | TX | 75284-2162 | | 9/23/2022 | $17,337.36 | Suppliers or vendors |
| Securities and Exchange Commis | PO Box 979081 | | | St. Louis | MD | 63197-9000 | | 10/13/2022 | $3,000.00 | Other |
| Securities and Exchange Commis | PO Box 979081 | | | St. Louis | MD | 63197-9000 | | 10/21/2022 | $10,000.00 | Other |
| SEIPO CORPORATION | 5855 Cunningham Road | | | Houston | TX | 77041 | | 11/14/2022 | $19,635.00 | Suppliers or vendors |
| SEIPO CORPORATION | 5855 Cunningham Road | | | Houston | TX | 77041 | | 11/18/2022 | $2,031.90 | Suppliers or vendors |
| Silicon Valley Building Maintenance, Inc. | PO Box 14378 | | | Fremont | CA | 94539 | | 10/14/2022 | $2,775.00 | Suppliers or vendors |
| Silicon Valley Building Maintenance, Inc. | PO Box 14378 | | | Fremont | CA | 94539 | | 10/28/2022 | $2,775.00 | Suppliers or vendors |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Silicon Valley Building Maintenance, Inc. | PO Box 14378 | | | Fremont | CA | 94539 | | 11/18/2022 | $2,775.00 | Suppliers or vendors |
| Silicon Valley Building Maintenance, Inc. | PO Box 14378 | | | Fremont | CA | 94539 | | 12/12/2022 | $2,775.00 | Suppliers or vendors |
| Solium Plan Managers LLC | Suite 1500-600 3rd Ave SW | | | Calgary | AB | T2P 0G5 | Canada | 11/1/2022 | $14,105.07 | Services |
| Solium Plan Managers LLC | Suite 1500-600 3rd Ave SW | | | Calgary | AB | T2P 0G5 | Canada | 11/14/2022 | $7,000.00 | Services |
| Spanidea Systems LLC | 1525 McCarthy Blvd | #1039 | | Milpitas | CA | 95035 | | 9/16/2022 | $11,440.00 | Services |
| Spanidea Systems LLC | 1525 McCarthy Blvd | #1039 | | Milpitas | CA | 95035 | | 9/23/2022 | $71,560.00 | Services |
| Spanidea Systems LLC | 1525 McCarthy Blvd | #1039 | | Milpitas | CA | 95035 | | 11/4/2022 | $13,720.00 | Services |
| Spanidea Systems LLC | 1525 McCarthy Blvd | #1039 | | Milpitas | CA | 95035 | | 11/14/2022 | $8,560.00 | Services |
| Spanidea Systems LLC | 1525 McCarthy Blvd | #1039 | | Milpitas | CA | 95035 | | 12/9/2022 | $18,920.00 | Services |
| Trinet Employer Grp Canada Inc | 9805 Double R Blvd | | | Reno | NV | 89521 | | 10/27/2022 | $48,542.32 | Services |
| Trinet Employer Grp Canada Inc | 9805 Double R Blvd | | | Reno | NV | 89521 | | 11/7/2022 | $3,655.20 | Services |
| Trinet Employer Grp Canada Inc | 9805 Double R Blvd | | | Reno | NV | 89521 | | 11/9/2022 | $39,053.22 | Services |
| Trinet Employer Grp Canada Inc | 9805 Double R Blvd | | | Reno | NV | 89521 | | 12/12/2022 | $20,908.98 | Services |
| TriNet HR III-A, Inc | 1100 San Leandro Blvd. | Suite 400 | | San Leandro | CA | 94577 | | 12/7/2022 | $612,775.38 | Services |
| TriNet HR III-A, Inc | 1100 San Leandro Blvd. | Suite 400 | | San Leandro | CA | 94577 | | 12/12/2022 | $49,046.34 | Services |
| TriNet HR III-A, Inc | 1100 San Leandro Blvd. | Suite 400 | | San Leandro | CA | 94577 | | 12/12/2022 | $289,165.26 | Services |
| TruAdvantage | 19550 Vallco Parkway | Suite 208 | | Cupertino | CA | 95014 | | 10/1/2022 | $23,850.00 | Suppliers or vendors |
| TruAdvantage | 19550 Vallco Parkway | Suite 208 | | Cupertino | CA | 95014 | | 11/4/2022 | $23,850.00 | Suppliers or vendors |
| Unrivaled Software Solutions | 3563 Heron Drive | | | Folsom | CA | 96530 | | 10/7/2022 | $2,610.00 | Services |
| Unrivaled Software Solutions | 3563 Heron Drive | | | Folsom | CA | 96530 | | 10/24/2022 | $2,520.00 | Services |
| Unrivaled Software Solutions | 3563 Heron Drive | | | Folsom | CA | 96530 | | 12/12/2022 | $2,430.00 | Services |
| Unrivaled Software Solutions | 3563 Heron Drive | | | Folsom | CA | 96530 | | 12/12/2022 | $2,610.00 | Services |
| UPS | PO Box 650116 | | | Dallas | TX | 75265-0116 | | 9/16/2022 | $13,630.90 | Suppliers or vendors |
| UPS | PO Box 650116 | | | Dallas | TX | 75265-0116 | | 10/7/2022 | $6,914.42 | Suppliers or vendors |
| UPS | PO Box 650116 | | | Dallas | TX | 75265-0116 | | 11/4/2022 | $4,536.57 | Suppliers or vendors |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| UPS | PO Box 650116 | | | Dallas | TX | 75265-0116 | | 11/23/2022 | $945.39 | Suppliers or vendors |
| UPS Supply Chain Solutions, Inc | 28013 Network Place | | | Chicago | IL | 60673-1280 | | 9/16/2022 | $71,138.73 | Suppliers or vendors |
| UPS Supply Chain Solutions,Inc | 28013 Network Place | | | Chicago | IL | 60673-1280 | | 10/7/2022 | $19,589.62 | Suppliers or vendors |
| UPS Supply Chain Solutions,Inc | 28013 Network Place | | | Chicago | IL | 60673-1280 | | 11/4/2022 | $12,194.16 | Suppliers or vendors |
| UPS Supply Chain Solutions,Inc | 28013 Network Place | | | Chicago | IL | 60673-1280 | | 11/23/2022 | $1,825.67 | Suppliers or vendors |
| Velodyne Lidar, Inc. | Office of the General Counsel | 5521 Hellyer Ave | | San Jose | CA | 95138 | | 12/6/2022 | $500,000.00 | Other |
| Woodruff-Sawyer & Co. | PO Box 45057 | | | San Francisco | CA | 94145-9950 | | 12/8/2022 | $4,100,000.00 | Other |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/15/2021 | $10,328.00 | Commission |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/15/2021 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/31/2021 | $2,100.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/31/2021 | $9,275.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 1/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 1/31/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 2/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 2/28/2022 | $1,050.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 2/28/2022 | $10,000.00 | Bonus |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 2/28/2022 | $10,325.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 3/15/2022 | $6,015.00 | Commission |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 3/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 3/15/2022 | $55,000.00 | Bonus |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 3/31/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 4/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 4/30/2022 | $1,050.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 4/30/2022 | $10,325.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 5/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 5/31/2022 | $1,050.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 5/31/2022 | $10,325.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 6/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 6/30/2022 | $7,640.00 | Commission |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 6/30/2022 | $11,375.00 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 7/15/2022 | $2,100.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 7/15/2022 | $9,275.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 7/31/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 8/15/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 8/31/2022 | $11,375.00 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 9/15/2022 | $1,115.38 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 9/15/2022 | $10,967.95 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 9/30/2022 | $4,925.00 | Commission |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 9/30/2022 | $12,083.33 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 10/15/2022 | $1,115.38 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 10/15/2022 | $10,967.95 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 10/31/2022 | $12,083.33 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 11/15/2022 | $1,115.38 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 11/15/2022 | $10,967.95 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 11/30/2022 | $2,230.77 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 11/30/2022 | $9,852.56 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/12/2022 | $8,113.00 | Commission |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/12/2022 | $12,083.33 | Wages |
| Bradley James Sherrard | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Revenue Officer | 12/12/2022 | $48,333.00 | Retention Bonus |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 12/15/2021 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 12/31/2021 | $1,923.08 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 12/31/2021 | $8,493.59 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 1/15/2022 | $10,416.67 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 1/31/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 2/15/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 2/28/2022 | $961.54 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 2/28/2022 | $9,455.13 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 3/15/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 3/31/2022 | $10,000.00 | Bonus |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 3/31/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 4/15/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 4/30/2022 | $961.54 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 4/30/2022 | $9,455.13 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 5/15/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 5/31/2022 | $961.54 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 5/31/2022 | $9,455.13 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 6/15/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 6/30/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 7/15/2022 | $1,923.08 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 7/15/2022 | $8,493.59 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 7/31/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 8/15/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 8/31/2022 | $10,416.67 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 9/15/2022 | $1,038.46 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 9/15/2022 | $10,211.54 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 9/30/2022 | $11,250.00 | Wages |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 10/15/2022 | $1,038.46 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 10/15/2022 | $10,211.54 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 10/31/2022 | $11,250.00 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 11/15/2022 | $1,038.46 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 11/15/2022 | $10,211.54 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 11/30/2022 | $2,076.92 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 11/30/2022 | $9,173.08 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 12/12/2022 | $11,250.00 | Wages |
| Jerry Allison | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | General Counsel | 12/12/2022 | $67,500.00 | Retention Bonus |
| Jim DiSanto | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 4/19/2022 | $7,656.00 | Board Payment |
| Jim DiSanto | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 7/18/2022 | $13,250.00 | Board Payment |
| Jim DiSanto | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 10/10/2022 | $13,250.00 | Board Payment |
| Karen C. Francis | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 7/18/2022 | $13,250.00 | Board Payment |
| Karen C. Francis | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 7/22/2022 | $59.22 | Board Payment |
| Karen C. Francis | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 10/10/2022 | $13,250.00 | Board Payment |
| Karen C. Francis | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 11/1/2022 | $7,656.00 | Board Payment |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 12/15/2021 | $1,742.42 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 12/15/2021 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 12/31/2021 | $1,769.23 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 12/31/2021 | $7,814.10 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 1/15/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 1/31/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 2/15/2022 | $9,583.33 | Wages |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 2/28/2022 | $884.62 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 2/28/2022 | $8,698.71 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 3/15/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 3/31/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 4/15/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 4/30/2022 | $884.62 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 4/30/2022 | $8,698.71 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 5/15/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 5/31/2022 | $884.62 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 5/31/2022 | $8,698.71 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 6/15/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 6/30/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 7/15/2022 | $1,769.23 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 7/15/2022 | $7,814.10 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 7/31/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 8/15/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 8/31/2022 | $9,583.33 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 9/15/2022 | $961.54 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 9/15/2022 | $9,455.13 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 9/30/2022 | $10,416.67 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 10/15/2022 | $961.54 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 10/15/2022 | $9,455.13 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 10/31/2022 | $10,416.67 | Wages |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 11/15/2022 | $961.54 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 11/15/2022 | $9,455.13 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 11/30/2022 | $1,923.08 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 11/30/2022 | $8,493.59 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 12/12/2022 | $10,416.67 | Wages |
| Kevin Amiri | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Senior Vice President of Operations | 12/12/2022 | $41,667.00 | Retention Bonus |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 12/15/2021 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 12/31/2021 | $2,307.69 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 12/31/2021 | $10,192.31 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 1/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 1/31/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 2/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 2/28/2022 | $1,153.85 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 2/28/2022 | $11,346.15 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 3/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 3/31/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 3/31/2022 | $150,000.00 | Bonus |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 4/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 4/30/2022 | $1,153.85 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 4/30/2022 | $11,346.15 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 5/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 5/31/2022 | $1,153.85 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 5/31/2022 | $11,346.15 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 6/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 6/30/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 7/15/2022 | $2,307.69 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 7/15/2022 | $10,192.31 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 7/31/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 8/15/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 8/31/2022 | $12,500.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 9/15/2022 | $1,442.31 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 9/15/2022 | $14,182.69 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 9/30/2022 | $15,625.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 10/15/2022 | $1,442.31 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 10/15/2022 | $14,182.69 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 10/31/2022 | $15,625.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 11/15/2022 | $1,442.31 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 11/15/2022 | $14,182.69 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 11/30/2022 | $2,884.62 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 11/30/2022 | $12,740.38 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 12/12/2022 | $15,625.00 | Wages |
| Kevin John Kennedy | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Executive Officer | 12/12/2022 | $285,000.00 | Bonus |
| Lisa Kelley | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 10/12/2022 | $8,641.00 | Board Payment |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 6/30/2022 | $2,840.91 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 6/30/2022 | $10,000.00 | Bonus |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 6/30/2022 | $10,416.67 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 7/15/2022 | $1,923.08 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 7/15/2022 | $8,493.59 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 7/31/2022 | $10,416.67 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 8/15/2022 | $10,416.67 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 8/31/2022 | $10,416.67 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 9/15/2022 | $1,000.00 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 9/15/2022 | $9,833.33 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 9/30/2022 | $10,833.33 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 10/15/2022 | $1,000.00 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 10/15/2022 | $9,833.33 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 10/31/2022 | $10,833.33 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 11/15/2022 | $1,000.00 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 11/15/2022 | $9,833.33 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 11/30/2022 | $2,000.00 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 11/30/2022 | $8,833.33 | Wages |
| Lori Sundberg | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Human Resources Office | 12/12/2022 | $10,833.33 | Wages |
| Matthew Hammond | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 7/18/2022 | $23,667.00 | Board Payment |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 12/15/2021 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 12/31/2021 | $1,923.08 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 12/31/2021 | $8,493.59 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 1/15/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 1/31/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 2/15/2022 | $10,416.67 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 2/28/2022 | $961.54 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 2/28/2022 | $9,455.13 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 2/28/2022 | $20,000.00 | Bonus |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 3/15/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 3/31/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 4/15/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 4/30/2022 | $961.54 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 4/30/2022 | $9,455.13 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 5/15/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 5/31/2022 | $961.54 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 5/31/2022 | $9,455.13 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 6/15/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 6/30/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 7/15/2022 | $1,923.08 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 7/15/2022 | $8,493.59 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 7/31/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 8/15/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 8/31/2022 | $10,416.67 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 9/15/2022 | $1,115.38 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 9/15/2022 | $10,967.95 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 9/30/2022 | $12,083.33 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 10/15/2022 | $1,115.38 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 10/15/2022 | $10,967.95 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 10/31/2022 | $12,083.33 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 11/15/2022 | $1,115.38 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 11/15/2022 | $10,967.95 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 11/30/2022 | $2,230.77 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 11/30/2022 | $9,852.56 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 12/12/2022 | $12,083.33 | Wages |
| Patrick Archambault | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Financial Officer | 12/12/2022 | $72,500.00 | Retention Bonus |
| Tamer Hassanein | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 4/29/2022 | $5,778.00 | Board Payment |
| Tamer Hassanein | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 7/18/2022 | $10,000.00 | Board Payment |
| Tamer Hassanein | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 10/10/2022 | $10,000.00 | Board Payment |
| Thomas M. Rohrs | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 4/22/2022 | $9,244.00 | Board Payment |
| Thomas M. Rohrs | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 7/18/2022 | $16,000.00 | Board Payment |
| Thomas M. Rohrs | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Board Member | 10/10/2022 | $16,000.00 | Board Payment |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 12/15/2021 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 12/31/2021 | $1,884.62 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 12/31/2021 | $8,323.71 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 1/15/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 1/31/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 2/15/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 2/28/2022 | $942.31 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 2/28/2022 | $9,266.02 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 2/28/2022 | $20,000.00 | Bonus |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 3/15/2022 | $10,208.33 | Wages |

In re: Quanergy Systems, Inc.
Case No. 22-11305

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 3/31/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 4/15/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 4/30/2022 | $942.31 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 4/30/2022 | $9,266.02 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 5/15/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 5/31/2022 | $942.31 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 5/31/2022 | $9,266.02 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 6/15/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 6/30/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 7/15/2022 | $1,884.62 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 7/15/2022 | $8,323.71 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 7/31/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 8/15/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 8/31/2022 | $10,208.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 9/15/2022 | $1,115.38 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 9/15/2022 | $10,967.95 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 9/30/2022 | $12,083.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 10/15/2022 | $1,115.38 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 10/15/2022 | $10,967.95 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 10/31/2022 | $12,083.33 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 11/15/2022 | $1,115.38 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 11/15/2022 | $10,967.95 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 11/30/2022 | $2,230.77 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 11/30/2022 | $9,852.56 | Wages |
| Tianyue Yu | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Development Officer | 12/12/2022 | $12,083.33 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 12/15/2021 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 12/31/2021 | $1,211.54 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 12/31/2021 | $5,350.96 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 1/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 1/31/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 2/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 2/28/2022 | $605.77 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 2/28/2022 | $5,956.73 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 2/28/2022 | $10,000.00 | Bonus |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 3/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 3/31/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 4/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 4/30/2022 | $605.77 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 4/30/2022 | $5,956.73 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 5/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 5/31/2022 | $605.77 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 5/31/2022 | $5,956.73 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 6/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 6/30/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 7/15/2022 | $1,211.54 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 7/15/2022 | $5,350.96 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 7/31/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 8/15/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 8/31/2022 | $1,158.09 | Bonus |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 8/31/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 9/15/2022 | $605.77 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 9/15/2022 | $5,956.73 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 9/30/2022 | $1,158.09 | Bonus |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 9/30/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 10/15/2022 | $605.77 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 10/15/2022 | $5,956.73 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 10/31/2022 | $1,158.09 | Bonus |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 10/31/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 11/15/2022 | $605.77 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 11/15/2022 | $5,956.73 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 11/30/2022 | $1,158.09 | Bonus |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 11/30/2022 | $1,211.54 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 11/30/2022 | $5,350.96 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 12/12/2022 | $6,562.50 | Wages |
| Uzma Hassan | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Head of Human Resources | 12/12/2022 | $26,250.00 | Retention Bonus |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 12/15/2021 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 12/31/2021 | $1,884.62 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 12/31/2021 | $8,323.71 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 1/15/2022 | $10,208.33 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 1/31/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 2/15/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 2/28/2022 | $942.31 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 2/28/2022 | $9,266.02 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 2/28/2022 | $20,000.00 | Bonus |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 3/15/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 3/15/2022 | $27,982.00 | Bonus |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 3/31/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 4/15/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 4/30/2022 | $942.31 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 4/30/2022 | $9,266.02 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 5/15/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 5/31/2022 | $942.31 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 5/31/2022 | $9,266.02 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 6/15/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 6/30/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 7/15/2022 | $1,884.62 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 7/15/2022 | $8,323.71 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 7/31/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 8/15/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 8/31/2022 | $10,208.33 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 9/15/2022 | $1,038.46 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 9/15/2022 | $10,211.54 | Wages |

**SOFA 30 ATTACHMENT**

Payments, distributions, or withdrawals credited or given to insiders

| Recipient's Name | Address 1 | Address 2 | City | State | ZIP | Country | Relationship to the Debtor | Dates | Amount of Money or Description and Value of Property | Reason for Providing the Value |
|---|---|---|---|---|---|---|---|---|---|---|
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 9/30/2022 | $11,250.00 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 10/15/2022 | $1,038.46 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 10/15/2022 | $10,211.54 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 10/31/2022 | $11,250.00 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 11/15/2022 | $1,038.46 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 11/15/2022 | $10,211.54 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 11/30/2022 | $2,076.92 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 11/30/2022 | $9,173.08 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 12/12/2022 | $11,250.00 | Wages |
| Vincenzo Signore | 433 Lakeside Drive | | Sunnyvale | CA | 94085 | | Chief Marketing Officer | 12/12/2022 | $67,500.00 | Retention Bonus |

**Fill in this information to identify the case:**

Debtor name: Quanergy Systems, Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 22-11305

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.
I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on
01/10/2023

/s/ Lawrence Perkins                                    Lawrence Perkins
Signature of individual signing on behalf of debtor      Printed name

Chief Restructuring Officer and President
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No
☑ Yes