IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>QUANERGY SYSTEMS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 22-11305 (CTG) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 2, 2023 AT 10:00 A.M. (ET)**

Hearing Instructions

This hearing will be conducted in person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person Court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.

COURTCALL WILL NOT BE USED FOR THIS HEARING.

Please use the following link to register for this hearing:

https://debuscourts.zoomgov.com/meeting/register/vJIsf-6qqDIrGWGPfKRCslwB6mZ4EMDfa14

After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.

**MATTER GOING FORWARD**

1. Debtor's Motion for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the

---

[1] The Debtor and the last four digits of its taxpayer identification number are: Quanergy Systems, Inc. (5845). The Debtor's mailing address for purposes of the Chapter 11 Case is 433 Lakeside Drive, Sunnyvale, CA 94085.

[2] **Amendments appear in bold.**

30065694.2

Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 12]

**Cure Objection Deadline**: January 12, 2023 at 4:00 p.m. (ET)

**Sale Objection Deadline**: January 20, 2023 at 4:00 p.m. (ET)

**Auction Objection Deadline**: January 31, 2023 at 10:00 a.m. (ET)[3]

Related Documents:

A. Declaration of Lawrence Perkins in Support of Chapter 11 Petition and First Day Motions [D.I. 2, 12/13/22]

B. Declaration of Geoffrey Richards in Support of Motion of Debtor for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 13, 12/13/22]

C. Order Shortening Time for Notice of the Debtor's Bidding Procedures Motion [D.I. 42, 12/14/22]

D. Supplemental Declaration of Geoffrey Richards in Support of Motion of Debtor for Entry of (I) an Order (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 56, 12/20/22]

E. Order (I) (A) Approving Certain Bidding Procedures and the Form and Manner of Notice Thereof, (B) Scheduling an Auction and a Hearing on the Approval of the

---

[3] The Debtor has agreed to an extension of the Auction Objection Deadline solely for the Office of the United States Trustee.

Sale of All or Substantially All of the Debtor's Assets, (C) Establishing Certain Assumption and Assignment Procedures and Approving Manner of Notice Thereof, (D) Scheduling a Hearing to Approve Assumption and Assignment of the Assumed Contracts, and (E) Granting Related Relief; and (II) an Order (A) Authorizing and Approving the Debtor's Entry Into an Asset Purchase Agreement, (B) Authorizing the Sale of All or Substantially All of the Debtor's Assets Free and Clear of All Encumbrances, (C) Approving the Assumption and Assignment of the Assumed Contracts, and (D) Granting Related Relief [D.I. 59, 12/21/22]

F. Notice of Auction and Sale Hearing [D.I. 61, 12/22/22]

G. Notice of (I) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases and (II) Cure Amounts [D.I. 79, 12/29/22]

H. Notice of Filing of Proposed Sale Order [D.I. 152, 1/13/23]

I. Notice of Adjournment of Auction [D.I. 171, 1/24/23]

J. Notice of Successful Bidder and Next Highest Bidder [D.I. 179, 1/30/23]

K. Notice of Filing of Asset Purchase Agreement [D.I. 180, 1/30/23]

L. **Declaration of Lawrence Perkins in Support of the Sale of Substantially All of the Debtor's Assets [D.I. 187, 2/1/23]**

M. **Declaration of Alec Haesler in Support of the Sale of Substantially All of the Debtor's Assets [D.I. 188, 2/1/23]**

N. **Notice of Filing of Revised Proposed Sale Order [D.I. 190, 2/1/23]**

Objections Filed:

A. Objection of Fabrinet to the Proposed Assumption and Assignment of Certain Executory Contracts and Cure Costs, and Reservation of Rights [D.I. 139, 1/12/23]

Status: **Item (A) has been adjourned to a date and time to be determined.** This matter will be going forward.

Dated: Wilmington, Delaware
February 1, 2023

*/s/ Shane M. Reil*
Sean M. Beach (No. 4070)
Shane M. Reil (No. 6195)
Catherine C. Lyons (No. 6854)
Heather P. Smillie (No. 6923)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Email: sbeach@ycst.com
sreil@ycst.com
clyons@ycst.com
hsmillie@ycst.com

and

Cullen Drescher Speckhart (admitted *pro hac vice*)
Michael A. Klein (admitted *pro hac vice* )
Lauren A. Reichardt (admitted *pro hac vice*)
**COOLEY LLP**
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000
Email: cspeckhart@cooley.com
mklein@cooley.com
lreichardt@cooley.com

*Counsel for the Debtor and Debtor in Possession*

30065694.2

4